IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully shows:

The Defendant, **Danish Saleem**, is charged by Indictment with violating 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

The Defendant presently is incarcerated in the Collin County Jail, Texas.

This Honorable Court has ordered the Defendant to be in the United States District Court at Plano, Texas, on instanter for Initial Appearance/Arraignment.

Petitioner respectfully requests this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Warden/Sheriff of the Collin County Jail to produce the body of said **Danish Saleem** before this Honorable Court at Plano, Texas, instanter for the stated purpose and further commanding said officers to return the Defendant to the custody of the Warden/Sheriff of the Collin County Jail, at the conclusion of all said proceedings, or

as duly ordered by this Court.

                                            Respectfully submitted,

                                            JOHN M. BALES
                                            United States Attorney

                                                        /s/
                                            MANDY GRIFFITH
                                            Assistant United States Attorney
                                            Texas Bar No. 24032251
                                            101 E. Park Blvd., Ste. 500
                                            Plano, TX   75074
                                            Office:  972.509.1201
                                            Fax:  972.509.1209
                                            mandy.griffith@usdoj.gov