IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

**ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas in behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and Warden/Sheriff of the Collin County Jail shall produce and have the body of **Danish Saleem**, Defendant herein, who is detained in the custody of Warden/Sheriff of the Collin County Jail, before the United States District Court for the Eastern District of Texas, in Plano, Texas, instanter, the said Defendant to appear for Initial Appearance/Arraignment and for all further proceedings upon an Indictment pending in the above-styled cause; and to return the said **Danish Saleem**, Defendant herein, to the custody of the Warden/Sheriff of the Collin County Jail, under safe and secure conduct at the conclusion of all of said proceedings hereafter ordered by this Court, and have you

**Order for Writ - Page 1**

then and there this Writ.

      SO ORDERED.

      **SIGNED this 20th day of December, 2011.**

                                            _____
                                            DON D. BUSH
                                            UNITED STATES MAGISTRATE JUDGE

**Order for Writ - Page 2**