IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

## **O R D E R**

On this day came on for consideration the United States Motion for Detention Hearing and after considering same, grants said motion and orders that this hearing be set for _____, 2012, at \_\_\_\_.m. and that Defendant be held until the hearing date.