| | |
|---|---|
| DATE 1/6/12 | CASE NUMBER 4:11cr237 |
| LOCATION Sherman | USA  A. Griffith  Assigned |
| JUDGE  Amos Mazzant | V   M. Rea  Appeared |
| DEPUTY CLERK  Debbie McCord | |
| COURT REPORTER Digital | DANISH SALEEM |
| INTERPRETER: | Defendant |
| BEGIN: 9:43 am  / 9:49 am | Counsel not present |
| | Attorney |

| | |
|---|---|
| X | INIT APPEARANCE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | Hearing Held | X | Hearing Called | X | Defendant Sworn | ☐ | Interpreter Sworn |

X  Dft appears: X without counsel,
   Appears on:  X Indictment

X  Date of arrest: writ

X  Dft   X advised of charges     X advised of maximum penalties     X advised of right to remain silent;
        X advised of right to counsel    X received copy of indictment

X  Dft. states he has hired counsel, who will be present at next proceeding.

X  Govt motion for detention.

X  Arraignment and detention hearing set for Tuesday, 1/10/12 at 2pm before Judge Mazzant, Federal Building, Sherman.

X  Defendant remanded to USM.

CRIM 92-116