IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 4:11CR237 |
| VS. | § | |
| | § | |
| DANISH SALEEM | § | |

## GOVERNMENT'S NOTICE TO WITHDRAW
## AS ATTORNEY OF RECORD

Government's Attorney of Record, and files this, NOTICE TO WITHDRAW, and would show this Honorable Court as follows, the Assistant United States Attorney, Camelia Lopez, was assigned as attorney on the above cause. AUSA Lopez will no longer be assigned to this matter.

.

    Respectfully submitted,

    JOHN M. BALES
    UNITED STATES ATTORNEY


    __/s/_____
    CAMELIA LOPEZ
    Assistant United States Attorney
    Texas Bar No. 24036990
    101 East Park Boulevard, Suite 500
    Plano, TX 75074
    tel:	(972) 509-1201
    fax:	(972) 509-1209
    email: camelia.lopez@usdoj.gov