| | |
|---|---|
| DATE 1/10/12 | CASE NUMBER 4:11cr237 |
| LOCATION  Sherman | USA    A. Griffith   Assigned |
| JUDGE   Amos Mazzant | vs    G. Jackson   Appeared |
| DEPUTY CLERK   D. McCord | |
| COURT REPORTER: C. Cannon | DANISH SALEEM |
| INTERPRETER: | |
| BEGIN   2:25 pm / 2:30 pm | |

                                                                Defendant
                              G. Lee Finley, Retained
                                                                Attorney

---

## ARRAIGNMENT

X   Arraignment as to Defendant held on count 1 of Indictment.

X   Dft   X sworn
          X received copy of charges      X discussed charges with counsel
          X waived reading of charges

X   Dft enters a plea of:  X not guilty  to counts:  X 1.

X   Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting FPT hearing before Judge Schell, Plano, 3/5/2012, at 9:00 a.m.

### DETENTION HEARING

X   Defendant waived detention hearing and was remanded to custody of USM.

_____ Adjourn