THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO.  4:11cr237
§
§
DANISH SALEEM (1) §

## ORDER

The Court held a hearing to consider the matter of Defendant's detention pending trial.

Defendant waived his/her right to a detention hearing.  It is therefore

**ORDERED** that the Defendant is detained pending trial without prejudice to his/her re-

raising the issue of pretrial detention at any time.

Signed the 10 day of January, 2012.

_____
Amos L. Mazzant
United States Magistrate Judge