**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | No. 4:11-cr-237 |
| v. ) | |
| ) | |
| DANISH SALEEM, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

### CORRECTED MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Franklyn Mickelsen, by and on the behalf of Danish Saleem, hereby files this Motion to Substitute Counsel in the above-entitled case. Currently, G. Lee Finley is listed as the attorney of record for the Defendant in this case. Undersigned Counsel was recently retained to represent Mr. Saleem in this case. As such, Mr. Saleem respectfully requests this Court to substitute Mr. Mickelsen for his previous counsel, Mr. Finley.

Respectfully submitted,

/s/Franklyn Mickelsen
Franklyn Mickelsen
TX. Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, TX 75204
(214) 720-9552
(214) 720-9594 (facsimile)

Attorney for Appellant,
Danish Saleem

/s/Danish Saleem
Danish Saleem

## CERTIFICATE OF CONFERENCE

I, Franklyn Mickelsen, certify that on January 20, 2012, I conferenced with Mr. G. Lee Finley as well as Ms. Amanda Griffith and it was determined that they are both UNOPPOSED to the motion.

/s/Franklyn Mickelsen
Franklyn Mickelsen

## CERTIFICATE OF SERVICE

I, Franklyn Mickelsen, certify that on January 23, 2012, I caused the foregoing document to be served by electronic filing, on the Amanda Griffith, U.S. Attorney's Office – Plano, 101 E Park Blvd, Suite 500, Plano, TX 75074, and on G. Lee Finley, Finley & Associates, P. O. Box 860362, Plano, TX 75086-0362.

/s/Franklyn Mickelsen
Franklyn Mickelsen