**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 4:11-cr-237 |
| v. ) | |
| ) | |
| **DANISH SALEEM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

Appellant Danish Saleem's Motion to Substitute Counsel is this ___ day of January, 2012, GRANTED.

ORDERED.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

4