**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:11CR237 |
| | § | |
| DANISH SALEEM | § | |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

Pending before the Court is Defendant's Corrected Motion to Substitute Counsel (Dkt. 17). The motion is GRANTED.

Franklyn Mickelsen is substituted as counsel for Defendant Danish Saleem, and G. Lee Finley is hereby discharged as counsel for Defendant.

**SO ORDERED.**

**SIGNED this 26th day of January, 2012.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE