IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

The following cases are set for final pretrial conference and trial scheduling on Monday, March 5, 2012, at the times shown on the attached list. **All** cases will be heard in the **United States Courthouse, 7940 Preston Road, Plano, Texas. Dates for jury selection and trial will be determined at this time**. *<u>Change of pleas will be taken at the final pretrial hearing unless other arrangements have been made through the deputy clerk. Any motions for continuance are due no later than 5:00 p.m. Tuesday preceding the final pretrial conference. Otherwise, the defendant and defendant's counsel will be expected to appear on the date stated above.</u>* Requested jury instructions and exhibit and witness lists in criminal cases shall be delivered to the court at least **TWO** business days prior to the scheduled trial date. Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court **by the date set out in the Scheduling Order**. In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission. In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions via email or on a diskette (Word Perfect compatible).

All counsel in civil cases shall exchange exhibits prior to trial. All exhibits which are without objection shall be offered into evidence, together with an index of exhibits, immediately prior to the commencement of trial. All proposed exhibits that are objected to by any party may be presented to the court prior to the trial, and a ruling on such exhibits made prior to the presentation of evidence, or counsel may elect to offer the exhibits during the presentation of evidence.

**SIGNED this the 18th day of February, 2012.**

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

## NOTICE TO DEFENDANTS IN CRIMINAL CASES

For any defendant who requests and is given a future trial setting and who later chooses to change his plea to guilty, a plea agreement must be executed by the defendant and a notification of the defendant's desire to change his plea given to the court no later than three weeks before the trial setting in order for the defendant to receive a three level reduction at sentencing for acceptance of responsibility. The court has adopted this deadline for defendants to sign plea agreements and provide the court with change of plea notifications in order to provide an incentive for those defendants contemplating changing their pleas to do so at a date that is sufficiently in advance of the trial setting for the court to then advise counsel in back-up cases that are set for trial on the same day that their case will now be the first one called for trial or for the court to schedule other matters. This policy should enable the court to more efficiently utilize its time both in and out of the courtroom.

**FINAL PRETRIAL HEARING AND TRIAL SCHEDULING**
**Judge Richard A. Schell, Presiding**
**SHERMAN DIVISION**

**Monday, March 5, 2012**
**9:00 a.m.**

4:10 CR 074  (1)     UNITED STATES OF AMERICA v. WAYNE HARRIS LANDAU
   G:   James Peacock
   D:   Allen Rudy

4:10 CR 164  (1)     UNITED STATES OF AMERICA v. GARY HILL

   G:   Camelia Lopez
   D:   Robert Hinton

4:11 CR 062  (1)     UNITED STATES OF AMERICA v. RICARDO URIOSTEGUI-HERNANDEZ

   G:   Ernest Gonzalez
   D:   David Haynes

4:11 CR 114  (2)     UNITED STATES OF AMERICA v. VINCE CAO

   G:   Jay Combs
   D:   Gary Udashen

4:11 CR 124  (1)     UNITED STATES OF AMERICA v. LEODEGARDIO SANCHEZ

   G:   Ernest Gonzalez
   D:   Robert Arrambide

         (3)     UNITED STATES OF AMERICA v. ORALDE MONDRAGON

   G:   Ernest Gonzalez
   D:   Scott Palmer

         (4)     UNITED STATES OF AMERICA v. RODOLFO SANCHEZ

   G:   Ernest Gonzalez
   D:   Garland Cardwell

(5)  UNITED STATES OF AMERICA v. CATARINO ZAVALA

    G:    Ernest Gonzalez
    D:    Phillip Linder

(6)  UNITED STATES OF AMERICA v. JOSE HERRERA-SANCHEZ

    G:    Ernest Gonzalez
    D:    Jacqueline Burgos-Garritson

(7)  UNITED STATES OF AMERICA v. JUVENTINO GONZALEZ-SOTO

    G:    Ernest Gonzalez
    D:    Mark Perez

(8)  UNITED STATES OF AMERICA v. JOSE C PATINO

    G:    Ernest Gonzalez
    D:    Cynthia Nahas

(10)  UNITED STATES OF AMERICA v. JUAN MANUEL PATINO

    G:    Ernest Gonzalez
    D:    Steven Hayden

(11)  UNITED STATES OF AMERICA v. MARIBEL RIVERA

    G:    Ernest Gonzalez
    D:    Lee Tatum

(12)  UNITED STATES OF AMERICA v. ALONDRA ACOSTA

    G:    Ernest Gonzalez
    D:    John Lozano

(13)  UNITED STATES OF AMERICA v. IRENE ACOSTA

    G:    Ernest Gonzalez
    D:    Joel Vera

(14)  UNITED STATES OF AMERICA v. RAFAEL SANCHEZ

    G:    Ernest Gonzalez
    D:    Christopher Woodward

(15)  UNITED STATES OF AMERICA v. ERICK MARTINEZ

    G:    Ernest Gonzalez
    D:    Billy Stovall

      (17)    UNITED STATES OF AMERICA v. JUAN AMADEO TELLEZ

            G:    Ernest Gonzalez
            D:    Phillip Linder

___

4:11 CR 130  (1)    UNITED STATES OF AMERICA v. CLEO WILSON

            G:    Andrew Stover
            D:    Frank Henderson

___

4:11 CR 138  (1)    UNITED STATES OF AMERICA v. TRACEY ANDY TASBY

            G:    Heather Rattan
            D:    Frank Henderson

      (2)    UNITED STATES OF AMERICA v. KENDRIC JUAN BUFFORD

            G:    Heather Rattan
            D:    Donald Hoover

___

4:11 CR 151  (1)    UNITED STATES OF AMERICA v. CORNELIUS ARNA BELL

            G:    Tracey Batson
            D:    Frank Henderson

      (2)    UNITED STATES OF AMERICA v. DEEZHA DONIELLE KING

            G:    Tracey Batson
            D:    William Stith

___

4:11 CR 182  (2)    UNITED STATES OF AMERICA v. CLINTON CHARLES BELL

           G:    Ernest Gonzalez
            D:    Brian O'Shea

      (3)    UNITED STATES OF AMERICA v. KENNETH JOE HARRELSON

            G:    Ernest Gonzalez
            D:    Bryan Mac Morris

      (4)    UNITED STATES OF AMERICA v. TYRONE EUGENE CHAMBERS

            G:    Ernest Gonzalez
            D:    Derk Wadas

___

| | | |
|---|---|---|
| 4:11 CR 190 | (1) | UNITED STATES OF AMERICA v. WYATT CLIFTON SINTAS |
| | G: | Amanda Griffith |
| | D: | Frank Henderson |

| | | |
|---|---|---|
| 4:11 CR 193 | (1) | UNITED STATES OF AMERICA v. KENNETH WAYNE HOUSE |
| | G: | Ernest Gonzalez |
| | D: | Donald Bailey |
| | (2) | UNITED STATES OF AMERICA v. BOBBY JOE JAMES |
| | G: | Ernest Gonzalez |
| | D: | Robert Arrambide |

| | | |
|---|---|---|
| 4:11 CR 195 | (1) | UNITED STATES OF AMERICA v. BRYAN ASHLEY HAMILTON |
| | G: | Tracey Batson |
| | D: | Frank Henderson |

| | | |
|---|---|---|
| 4:11 CR 225 | (1) | UNITED STATES OF AMERICA v. FERNANDO SOLANO |
| | G: | Jay Combs |
| | D: | Robert Arrambide |
| | (2) | UNITED STATES OF AMERICA v. JESSICA SAUCEDO |
| | G: | Jay Combs |
| | D: | Bobbie Peterson Cate |

| | | |
|---|---|---|
| 4:11 CR 227 | (1) | UNITED STATES OF AMERICA v. KIAN MALEK |
| | G: | Ernest Gonzalez |
| | D: | Reed Prospere |

| | | |
|---|---|---|
| 4:11 CR 228 | (1) | UNITED STATES OF AMERICA v. UBER AGUSTIN MALDONADO |
| | G: | Jay Combs |
| | D: | Frank Henderson |
| | (2) | UNITED STATES OF AMERICA v. CLAUDIO VELAQUEZ-REYES |
| | G: | Jay Combs |
| | D: | Ronald Uselton |

4:11 CR 230   (1)   UNITED STATES OF AMERICA v. MATEO ABURTO IBARRA

        G:   Jay Combs
        D:   Anthony Farmer

      (2)   UNITED STATES OF AMERICA v. JORGE RODRIGUEZ

        G:   Jay Combs
        D:   John Hopping

      (3)   UNITED STATES OF AMERICA v. JOSE BARAJAS SAUCEDO

        G:   Jay Combs
        D:   Phillip Linder

---

4:11 CR 233   (1)   UNITED STATES OF AMERICA v. RONALD LYNN GRUNWALD, JR

        G:   Camelia Lopez
        D:   Marlo Cadeddu

---

4:11 CR 234   (1)   UNITED STATES OF AMERICA v. BAHMAN HAFEZ AMINI

        G:   Shamoil Shipchandler
        D:   Jason Zendeh Del

      (2)   UNITED STATES OF AMERICA v. JOSE IVAN JIMENEZ

        G:   Shamoil Shipchandler
        D:   Frank Henderson

---

4:11 CR 235   (1)   UNITED STATES OF AMERICA v. GARY EUGENE ROBINSON

        G:   Amanda Griffith
        D:   Frank Henderson

---

4:11 CR 237   (1)   UNITED STATES OF AMERICA v. DANISH SALEEM

        G:   Amanda Griffith
        D:   Mick Mickelsen

---

4:11 CR 238   (1)   UNITED STATES OF AMERICA v. ANGEL JUGO JAIMES

        G:   Jay Combs
        D:   Robert Arrambide

---

4:11 CR 239   (1)   UNITED STATES OF AMERICA v. CHRISTOPHER BARROW

        G:   Tracey Batson
        D:   Robert Arrambide

___

4:11 CR 241   (1)   UNITED STATES OF AMERICA v. GARY DANIEL DOYLE

        G:   Tracey Batson
        D:   Frank Henderson

___

4:11 CR 242   (1)   UNITED STATES OF AMERICA v. RICKY LEE PIMIENTA

        G:   Tracey Batson
        D:   Robert Arrambide

___

4:11 CR 245   (1)   UNITED STATES OF AMERICA v. MANUEL MALDONADO JAIMES

        G:   Jay Combs
        D:   Thomas Fagerberg

        (2)   UNITED STATES OF AMERICA v. GILBERTO PEREZ

        G:   Jay Combs
        D:   David Pire

___

4:11 CR 247   (1)   UNITED STATES OF AMERICA v. DAVID FABIAN

        G:   Heather Rattan
        D:   Clark Birdsall

        (2)   UNITED STATES OF AMERICA v. SERGIO FERNANDO HERNANDEZ

        G:   Heather Rattan
        D:   Garland Cardwell

        (3)   UNITED STATES OF AMERICA v. SAMUEL PALACIOS SANCHEZ

        G:   Heather Rattan
        D:   Robert Arrambide

___

4:11 CR 248   (1)   UNITED STATES OF AMERICA v. ERNEST MICHAEL DIAZ

        G:   Ernest Gonzalez
        D:   Robert Jarvis

(2) UNITED STATES OF AMERICA v. TERESA RODRIGUEZ

    G:    Ernest Gonzalez
    D:    Colleen Dunbar

(3) UNITED STATES OF AMERICA v. SANTIAGO ADRI SEPULVEDA

    G:    Ernest Gonzalez
    D:    Howard Blackmon

(5) UNITED STATES OF AMERICA v. RICHARDO JULIO CASTILLO, JR

    G:    Ernest Gonzalez
    D:    Jeffery King

(6) UNITED STATES OF AMERICA v. MICHAEL ANGEL PADRON

    G:    Ernest Gonzalez
    D:    Jeffrey Ansley

(7) UNITED STATES OF AMERICA v. RAMIRO PENA, JR

    G:    Ernest Gonzalez
    D:    James Morris

(9) UNITED STATES OF AMERICA v. OSCAR K MONTOYA-CASTILLO

    G:    Ernest Gonzalez
    D:    Bobbie Peterson Cate

(10) UNITED STATES OF AMERICA v. NANCY ALEIDA GRANADOS

    G:    Ernest Gonzalez
    D:    Kevin Ross

(11) UNITED STATES OF AMERICA v. STEVEN WILLIAM TAYLOR

    G:    Ernest Gonzalez
    D:    Joey Fritts

(12) UNITED STATES OF AMERICA v. BRITTANY LEANN VOLLWEILER

    G:    Ernest Gonzalez
    D:    John Hunter Smith

(13) UNITED STATES OF AMERICA v. LYLE JEFFREY ROWEN

    G:    Ernest Gonzalez
    D:    Barrett Brown

(14)   UNITED STATES OF AMERICA v. CODY GENE GLENN

G:   Ernest Gonzalez
D:   Frank Henderson

(15)   UNITED STATES OF AMERICA v. DYLAN ANDREW DOVE

G:   Ernest Gonzalez
D:   Brian O'Shea

(16)   UNITED STATES OF AMERICA v. TRAVIS TROY ABOLOS

G:   Ernest Gonzalez
D:   Brian Corrigan

_____

4:12 CR 009   (1)   UNITED STATES OF AMERICA v. WILLIAM EDWARD MCKEMIE

G:   Tracey Batson
D:   Richard Weaver

_____

4:12 CR 010   (1)   UNITED STATES OF AMERICA v. FELIPE MARTINEZ

G:   Heather Rattan
D:   Robert Burns

_____

4:12 CR 012   (1)   UNITED STATES OF AMERICA v. JAMES RICHARD FIRMAN

G:   Andrew Williams
D:   Robert Arrambide

_____

4:12 CR 013   (1)   UNITED STATES OF AMERICA v. BOBBY GERALD HOWARD

G:   Jay Johnson
D:   Frank Henderson

_____

4:12 CR 015   (1)   UNITED STATES OF AMERICA v. RAMIRO OLVERA-RICO

G:   Jay Johnson
D:   Robert Arrambide

_____

CIVIL TRIAL DOCKET - SHERMAN DIVISION
Judge Richard A Schell, Presiding

_____

**Monday, March 5, 2012**

_____

**1:30 pm**

4:10 cv 9      BAILEY v. NISSAN MOTOR CO. LTD

        For Plaintiff:            E Todd Tracy, Isaac Lidji, Melissa Smith

        For Defendant:         John Gersch

**2:00 pm**

4:10 cv 567    BOLDEN ET AL V. GREENSHIELD FINANCIAL SERVICES, LLC

        For Plaintiff:            Robert Wood, Gregory Fell

        For Defendant:         Jeremy Anderson, Brandon Davenport

**2:30 pm**

4:11 cv 169    OSBORNE v. RAMBLING OAKS ASSISTED LIVING CENTER, L.L.C. ET AL

        For Plaintiff:            George Stewart, Jennifer Owens

        For Defendant:         Barry Moscowitz, Kevin Brown