UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 03/05/2012:**

**Final Pretrial Conference**

9:10 am — The court calls 4:11cr62, Ricardo Uriostegui-Hernandez. David Haynes for the Defendant, Tracey Batson for the Government. The Defendant requests a trial. Case set for jury selection and trial on 1/7/13 at 9:00 a.m. (5 days).

9:13 am — The court calls 4:11cr130, Cleo Wilson. Frank Henderson for the Defendant, Andrew Stover for th Government. Case set for 3/19/12 at 10:30 a.m. before Magistrate Judge Bush.

9:14 am — The court calls 4:11cr151, Deezha Donielle King. Bill Stith for the Defendant, Tracey Batson for the Government. Case set for jury selection and trial on 1/7/13 at 9:00 a.m. (3 days). Motion to suppress to be referred to Magistrate Judge Bush.

9:19 am — The court calls 4:11cr182. Brian O'Shea for Clinton Bell (2), Bryan Mac Morris for Kenneth Harrelson (3), Derk Wadas for Tyrone Chambers (4), Tracey Batson for the Government. Case continued for final pretrial conference to 4/2/12 at 9:00 a.m.

9:25 am — The court calls 4:11cr237, Danish Saleem. Mick Mickelsen for the Defendant, Amanda Griffith for the Government. The Defendant requests a trial within 60 days. Case set for jury selection and trial on 4/23/12 at 9:00 a.m. (3 days).

9:32 am — The court calls 4:11cr242, Ricky Lee Pinienta. Mr. Arrambide for the Defendant, Tracey Batson for the Government. Defendant has a motion for psychiatric exam pending. Case continued for final pretrial conference to 5/1/12 at 9:00 a.m.

| | |
|---|---|
| 9:36 am | The court calls 4:12cr10, Felipe Martinez.  Robert Burns for the Defendant, Tracey Batson for the Government.  Case continued for final pretrial conference to 4/2/12 at 9:00 a.m. |
| 9:39 am | The court moves the trial on 4:11cr62 to 4/23/12 at 9:00 a.m. as a #2 trial.  The court moves the trial on 4:11cr151(2) to 4/23/12 at 9:00 a.m. as a #3 trial. |
| 9:40 am | Court recessed. |