**Sgt. Chris Meehan**
Collin County Sheriff's Office
2205 Los Rios Blvd.
Plano, Texas 75074
972-633-6753

Sergeant Chris Meehan has 21 years experience in law enforcement in Texas. He is currently in the investigations unit at the Collin County Sheriff's Office, where he is assigned to the Internet Crimes Against Children (ICAC) Task Force.

His primary duties now include working undercover online as a minor and investigating Online Solicitation of Minor cases. Sgt. Meehan has received extensive training in the field of child physical and sexual abuse as well as the use of the Internet by Sexual Offenders to seduce, entice and gain access to children for the purposes of sexual exploitation. He has also received training on Peer to Peer (trading of child pornography on the internet) investigations.

Sgt. Meehan is also assigned to the United States Secret Service Electronic Crimes Task Force, and is certified as a Computer Forensics Examiner by the U.S. Secret Service. To date, he has currently performed over 400 computer forensic exams for the US Secret Service.

During the course of his career, he has worked a variety of assignments including Child Abuse and Child Death investigations, Homicide and Robbery investigations, narcotics, SWAT, and as a patrol supervisor. Sgt. Meehan's office is currently located at the Collin County Children's Advocacy Center in Plano, where he also has a forensic lab.

Training:

Internet Crimes Against Children IT course - 2007
Internet Crimes Against Children UC Course – 2007
Operation Fairplay Training – 2008
U.S. Secret Service Basic Computer Evidence Recovery Certification – 2008
Advanced Peace Officer Certification
2007 ICAC Conference
2008 ICAC Conference
2009 ICAC Conference
2010 ICAC Conference
2011 ICAC Conference
Encase Computer Forensics I – Houston, Texas 2010
Encase Computer Forensics II – Houston, Texas 2010
Encase Advanced Internet Investigations, - Houston, Texas 2010
Encase NTFS Forensic Class – Houston, Texas 2011

Awards:
- Directors Award for Law Enforcement 2009 – Oklahoma State Bureau of Investigations
- Law Enforcement Commendation Medal 2010 – National Society Sons of the American Revolution