**Detective Jeff Rich**
Plano Police Department
909 14th Street
Plano, Texas 75074
(972) 941-2631

---

## PROFESSIONAL EXPERIENCE:

1993 – Present     **Plano Police Department, Plano, Texas**

Currently assigned as a Police Detective to the Plano Police Department's Family Violence Unit, responsible for the investigation of child physical and sexual abuse, domestic violence, sexual assaults of adult family members, abuse of the elderly, abuse in daycare and/or elderly care facilities, and any family-related assaults and/or attempted murders.

Developed the *First Responder's Guide to Child Abuse Investigations* curriculum and implemented a training program for police officers in Collin County.

Developed Curriculum for the Sexual Assault and Family Violence Investigator course on the proper investigation of Sexual Assault and Domestic Violence which is funded by the Office of the governor, Texas and is taught to Texas Peace Officers.

Assigned to the Plano Police Department's Emergency Response Team's Intelligence Unit, which responds to critical incidents and high-risk situations.

Deputized as a Special Deputy United States Marshal assigned to the FBI Innocent Images Task Force, FBI Dallas.

## CURRENT MEMBERSHIPS and CERTIFICATIONS

Advisory Member, Child Fatality Review Team, Collin County
Multi-Disciplinary Team Training Committee, Collin County Children's Advocacy Center
Security Development Team, Collin County Children's Advocacy Center
Member, Reid Interview and Interrogation Investigator Association
Instructor, Texas Commission on Law Enforcement Officer Standards and Education
Forensic Hypnosis, Texas Commission on LE Officer Standards and Education
Advanced Sexual Assault / Family Violence (SAFVIC) Instructor-Trainer
Member, Collin County Council on Family Violence
Master Peace Officer, Texas Commission on Law Enforcement Officer Standards

## PROFESSIONAL HONORS

2010 William French Smith Award, United States Department of Justice
2008 Eagle Award, United States Department of Justice
2006 Officer of the Year, Plano Police Department
2006 Child Advocate of the Year, Collin County CAC
2005 Team Excellence Award, Children's Advocacy Centers of Texas
2005 Honorable Mention, Child Advocate of the Year, Collin County CAC
2004 Honorable Mention, Child Advocate of the Year, Collin County CAC
2003 Honorable Mention, Child Advocate of the Year, Collin County CAC
2000 Meritorious Service Award, Plano Police Department
2000 Chief's Unit Award, Plano Police Department
1998 Chief's Unit Award, Plano Police Department
1998 Police Officer of the Year, Texas Municipal Police Association
1997 Medal of Valor, Plano Police Department

Detective Jeff Rich

## SCHOOLS AND SPECIAL TRAINING

| Subject | Presented By | Date | Location | Hours |
|---|---|---|---|---|
| Cellular Telephone Forensics | National Conference on Child Exploitation | May 2011 | San Jose, CA | 6 |
| FBI Safeguard Program | FBI-HQ | February 2011 | Las Vegas, NV | 8 |
| Microsoft Advanced Internet Investigations | Los Angeles FBI | January 2011 | Los Angeles, CA | 40 |
| Cell Phone Investigations | SVICAC | May 2010 | Jacksonville, FL | 4 |
| RoundUp P2P Instructor Certification | PA State Police | May 2010 | Jacksonville, FL | 8 |
| Network+ Network Certification | FBI-HQ | April 2010 | Calverton, MS | 40 |
| Computer Forensics for Child Exploitation Investigations | United States Department of Justice | January 2010 | Columbia, SC | 40 |
| FBI Safeguard Program | FBI-HQ | November 2009 | Washington, DC | 8 |
| Proactive Approaches to Combating Sex Trafficking | Dallas PD | November 2009 | Dallas, Texas | 40 |
| 2009 Northern Region SWAT Exercise | NCTCOG Dept of Emergency | October 2009 | Frisco, Texas | 8 |
| Cellular telephone Tracking | Dallas ICAC | August 2009 | Dallas, TX | 8 |
| Domestic Investigations Operations | FBI | August 2009 | Dallas, Texas | 16 |
| Dallas Crimes Against Children Conference | Internet Crimes Against Children | August 2009 | Dallas, Texas | 28 |
| Internet Crimes Against Children Conference | San Jose CA ICAC | May 2009 | San Jose, CA | 40 |
| Cellular Device Evidence Recovery | San Jose CA ICAC | May 2009 | San Jose, CA | 6 |
| Advanced Online Undercover Training | FBI-HQ | April 2009 | Calverton, MD | 40 |

| | | | | |
|---|---|---|---|---|
| FBI Safeguard Program | FBI-HQ | November 2008 | New Orleans, LA | 8 |
| Forensic ToolKit Internet Cellular/Computer Forensics | FBI Dallas | November 2008 | Dallas, Texas | 36 |
| Project Safe Childhood Conference | United States Attorney's Office | September 2008 | Columbus, Ohio | 36 |
| Forensic ToolKit Windows Computer Forensics | FBI Dallas | October 2008 | Dallas, Texas | 40 |
| Internet Crimes Against Children Conference | USDOJ | September 2008 | Columbus, Ohio | 36 |
| Linux for Law Enforcement Officers | FBI-HQ | August 2008 | Calverton, MD | 24 |
| CompTia A+ IT Technician Certification | CompTia | May 2008 | Dallas, Texas | 80 |
| Project Safe Childhood Annual Conference | USDOJ | December 2007 | St. Louis, MO | 36 |
| Advanced Innocent Images UC Training | FBIHQ | November 2007 | Calverton, MD | 40 |
| Finding Words National Conference | APRI | August 2007 | Atlantic City, NJ | 36 |
| Image Scan Computer Forensics | FBI Dallas / CART | March 2007 | Dallas, TX | 8 |
| Project Safe Childhood | US Department of Justice | February 2007 | Alexandria, VA | 44 |
| APSAC Child Abuse Conference | APSAC | September 2007 | Nashville, TN | 40 |
| Investigative Hypnosis | Capitol Area Council of Governments | January 2006 | Austin, TX | 50 |
| Family Violence / Sexual Assault | Collin County Council on Family Violence | October 2005 | Plano, TX | 16 |
| Sexual Assault Investigations | Texas Rangers | January 2005 | San Antonio, TX | 32 |
| Incident Command / NIMS | TEEX | November 2005 | Plano, TX | 24 |
| Facing Family Violence | Collin County Council on Family Violence | October 2004 | Plano, TX | 16 |

Detective Jeff Rich

**SCHOOLS AND SPECIAL TRAINING**

| Subject | Presented By | Date | Location | Hours |
|---|---|---|---|---|
| Child Death Investigations | American Prosecutorial Research Institute | September 2004 | New Orleans, LA | 40 |
| International Conference on Family Violence | Institute on Violence, Abuse and Trauma | September 2004 | San Diego, CA | 40 |
| Sexual Assault / Family Violence Instructor Summit | Texas Municipal Police Association | May 2004 | Austin, TX | 16 |
| Facing Family Violence | Collin County Council on Family Violence | October 2003 | Plano, TX | 16 |
| Sexual Assault / Family Violence Instructor Summit | Texas Municipal Police Association | June 2003 | Austin, TX | 16 |
| Legal Issues on Investigations | Judge Paul Tressler | February 2003 | San Diego, CA | 2 |
| Authentic Voices on Child Sexual Abuse | Vicki Nugent | February 2003 | San Diego, CA | 1.5 |
| Internet Crimes Against Children | Joe Canibano | February 2003 | San Diego, CA | 2 |
| Child Abductions as a form of Child Abuse | Mark Stern | February 2003 | San Diego, CA | 2 |
| Abusive Head Trauma Investigations | Dr. Reece | February 2003 | San Diego, CA | 2 |
| National Center on Child Fatality Review Forum | Durfee | February 2003 | San Diego, CA | 2 |
| Investigating Non-Family Abductions | MCMEC / O'Conner | February 2003 | San Diego, CA | 3 |
| Munchausen Syndrome by Proxy - Protocols for Investigations | Beatrice Yorker | February 2003 | San Diego, CA | 2 |
| Conditions that Mimic Physical / Sexual Abuse | Lori Frazier | February 2003 | San Diego, CA | 3 |
| Medical Evaluations for Child Sexual Abuse Cases | Dr. Nancy Kellogg | February 2003 | San Diego, CA | 2 |

Detective Jeff Rich

## SCHOOLS AND SPECIAL TRAINING

| Subject | Presented By | Date | Location | Hours |
|---|---|---|---|---|
| Specialized Tactics in Serious Child Abuse and Homicide Cases | Brian Holmgren | February 2003 | San Diego, CA | 2 |
| Sexual Assault and Family Violence Instructor's Course | Texas Criminal Justice Division / Office of the Governor | June 2002 | Austin, TX | 40 |
| Child Abuse and Neglect Investigations | American Professional Society on the Abuse of Children | May 2002 | New Orleans, LA | 40 |
| Case Management and Inter-Agency Collaboration | Chief Bradley Russ | April 2002 | Portsmouth, NH | 4 |
| Prosecuting Child Fatalities | Mark Ells | April 2002 | Portsmouth, NH | 4 |
| The Role of the Medical Examiner in Child Fatality Investigations | Dr. Joni McClain | April 2002 | Portsmouth, NH | 4 |
| Medical Aspects of Child Fatality Investigations | Dr. Robert Reece | April 2002 | Portsmouth, NH | 4 |
| Investigation of Fatal Child Abuse and Neglect | Det. Brian Killackey | April 2002 | Portsmouth, NH | 8 |
| Crime Scene and Forensic Evidence | Det. Arthur Bohanan | April 2002 | Portsmouth, NH | 4 |
| Overview of Fatal Child Abuse and Neglect | Lt. Bill Walsh | April 2002 | Portsmouth, NH | 4 |
| Child Fatality Investigations | Fox Valley College | April 2002 | Portsmouth, NH | 36 |
| Crime Scene Search and DNA Evidence | Plano Police Dept. | December 2001 | Plano, TX | 4 |
| Pathology and Investigative Aspects of Death | Public Agency Training | November 2001 | San Antonio, TX | 40 |
| International Terrorism | FBI Dallas | November 2001 | Arlington, TX | 4 |
| Assessing Hostage / Barricaded Subject Incidents | Det. Gary Noesner | November 2001 | Arlington, TX | 4 |
| Setting up a Crisis Response Team | Prof. Wayman Mullins | November 2001 | Arlington, TX | 2 |
| Domestic Terrorism | Prof. Wayman Mullins | November 2001 | Arlington, TX | 2 |

| | | | | |
|---|---|---|---|---|
| Workplace Violence | Dr. Carolyn Greenleaf | November 2001 | Arlington, TX | 2 |
| Texas Association of Hostage Negotiators Conference | Texas Association of Hostage Negotiators | November 2001 | Arlington, TX | 24 |
| Reid Interview and Interrogation for Child Abuse Offenders | John Reid and Assoc. | October 2001 | Plano, TX | 40 |
| Investigations of Multiple Victim Pedophile Cases | Lt. Bill Walsh | August 2001 | Dallas, TX | 2 |
| Responding to Domestic Violence in the Police Family | Det. Glover | August 2001 | Dallas, TX | 2 |
| Investigating the Link Between Animal Cruelty and Child Abuse | Agt. Lockwood | August 2001 | Dallas, TX | 2 |
| Child Homicide Study and Its Relationship to Abducted Children | Det. O'Connor | August 2001 | Dallas, TX | 2 |
| Computer Crime Investigations / Child Pornography | FBI - Dallas | August 2001 | Dallas, TX | 2 |
| Serious Physical Abuse and Child Homicide | Det. Holmgren | August 2001 | Dallas, TX | 2 |
| Medical Aspects of Child Fatality Investigations | Dr. Robert Reece | August 2001 | Dallas, TX | 2 |
| Interrogation in Child Abuse Cases | Sgt. Byron Fassett | August 2001 | Dallas, TX | 2 |
| Child Abuse and Domestic Violence | Det. Holmgren | August 2001 | Dallas, TX | 2 |
| Forensic Odontology | Dr. Levine | August 2001 | Dallas, TX | 2 |
| Child Prostitution | Det. Canibano | August 2001 | Dallas, TX | 2 |
| Investigating Burn Injuries | Det. Purdue | August 2001 | Dallas, TX | 2 |
| Crimes Against Children Conference | Dallas County Children's Advocacy Center | August 2001 | Dallas, TX | 36 |
| Child Homicides Under Texas Law | Tarrant County District Attorney's Office | July 2001 | San Antonio, TX | 4 |
| Suicide / Homicide Audits | San Diego Police Dept. | July 2001 | San Antonio, TX | 4 |
| Child Fatality Investigations | Det. Arthur Bohanan | July 2001 | San Antonio, TX | 4 |
| Equivocal Death Investigations | Det. Brian Killacky | July 2001 | San Antonio, TX | 4 |

| The Reality of Family Violence | Texas Attorney General's Office | July 2001 | San Antonio, TX | 4 |
|---|---|---|---|---|
| Texas Child Fatality Review Team Conference | Texas Child Fatality Review Team | July 2001 | San Antonio, TX | 24 |
| Multidisciplinary Team Building | Collin County Sheriff's Office | May 2001 | McKinney, TX | 36 |
| Basic Data Recovery and Analysis | National White Collar Crime Center | February 2001 | Plano, TX | 40 |
| Death and Homicide Investigation | Public Agency Training Council | January 2001 | So. Padre Island, TX | 40 |
| Special Investigative Topics | Plano Police Dept. | December 2000 | Plano, TX | 4 |
| Family Violence Investigations | Plano Police Dept. | December 2000 | Plano, TX | 1 |
| Highway Interdiction | TEEX | September 1998 | Mesquite, TX | 24 |
| Basic Reid Technique of Interviewing | John Reid and Assoc. | February 1998 | Richardson, TX | 32 |
| Critical Stress Management | Plano Police Dept. | November 1997 | Plano, TX | 8 |
| Team Development | Plano Police Dept. | November 1997 | Plano, TX | 4 |
| Narco-Terrorism Personal Protection | Advanced Law Enforcement Training Center | October 1997 | Ft. McClellan, AL | 40 |
| Property and Crime Scene Search | Plano Police Dept. | November 1996 | Plano, TX | 4 |
| Intermediate Crime Scene Search | Plano Police Dept. | March 1996 | Plano, TX | 4 |
| Interpersonal Communication | Plano Police Dept. | September 1995 | Plano, TX | 2 |
| Officer Involved Shooting | Plano Police Dept. | September 1995 | Plano, TX | 4 |
| Violence in the Workplace | Plano Police Dept. | September 1995 | Plano, TX | 2 |
| Emergency Medical Technician Training | Metrocrest Medical Services | July 1995 | Farmers Branch, TX | 160 |
| Sexual Assault Investigations | Plano Police Dept. | August 1994 | Plano, TX | 4 |
| Child Abuse / Neglect | Plano Police Dept. | August 1994 | Plano, TX | 4 |
| Intermediate Corrections Officer | Collin County Sheriff's Office | July 1992 | McKinney, TX | 40 |
| Corrections Officer | Collin County Sheriff's Office | July 1992 | McKinney, TX | 40 |
| Crime Victim's / Child Abuse | Carrollton Police Dept. | February 1992 | Carrollton, TX | 16 |

Detective Jeff Rich

**INSTRUCTIONAL TRAINING PROVIDED**

| Subject Instructed | Presented At | Date Instructed | Location | Hours |
|---|---|---|---|---|
| Sexual Assault / Family Violence Investigators Course | Tri-City Police Academy | November 2002 | Plano, TX | 24 |
| Sexual Assault / Family Violence Investigators Course | Tri-City Police Academy | December 2002 | Plano, TX | 24 |
| Sexual Assault / Family Violence Investigators Course | Tri-City Police Academy | January 2003 | Plano, TX | 24 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | April 2003 | Plano, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | May 2003 | Plano, TX | 4 |
| Sexual Assault / Family Violence Investigators Course | Allen Police Dept. | June 2003 | Allen, TX | 24 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | June 2003 | Plano, TX | 4 |
| Sexual Assault / Family Violence Investigators Course | Allen Police Dept. | July 2003 | Allen, TX | 24 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | July 2003 | Plano, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | North Central Texas Council of Governments | July 2003 | Arlington, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | August 2003 | Plano, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | September 2003 | Plano, TX | 4 |
| Sexual Assault / Family Violence Investigators Course | Collin County Sheriff's Office | September 2003 | McKinney, TX | 24 |
| Sexual Assault Train-the-Trainer Course | Texas Municipal Police Association | October 2003 | San Antonio, TX | 16 |

Detective Jeff Rich

**INSTRUCTIONAL TRAINING PROVIDED**

| Subject Instructed | Presented At | Date Instructed | Location | Hours |
|---|---|---|---|---|
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | December 2004 | Plano, TX | 4 |
| Child Death Investigations | Collin County Children's Advocacy Center | June 2004 | Plano, TX | 4 |
| Child Abuse Investigations | SMU School of Law | August 2004 | Dallas, TX | 4 |
| Implementing a First Responders Program | Institute on Violence, Abuse and Trauma | September 2004 | San Diego, CA | 4 |
| A First Responders to Child Abuse Investigations | Collin County Council on Family Violence Conference | October 2004 | Plano, TX | 3 |
| Teachers as First Responders to Child Abuse | Texas Education Association Conference | October 2004 | Plano, TX | 3 |
| Sexual Assault Train-the-Trainer Course | Texas Municipal Police Association | October 2004 | Austin, TX | 16 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | December 2004 | Plano, TX | 4 |
| Speaking the Language of Children | SMU School of Law | January 2005 | Dallas, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | June 2005 | Plano, TX | 4 |
| A First Responders Program for School Officers | National Association of School Resource Officers Conference | July 2005 | Dallas, TX | 3 |
| Faith Based Community Response to Child Abuse | Collin County Conference on Family Violence | October 2005 | Plano, TX | 3 |
| Sexual Assault Train-the-Trainer Course | Texas Municipal Police Association | October 2005 | San Antonio, TX | 16 |
| Speaking the Language of Children | SMU School of Law | September 2005 | Dallas, TX | 4 |
| A First Responders Guide to Child Abuse Investigations | The Collin County Children's Advocacy Center | April 2006 | Plano, TX | 4 |
| Responding to Child Abuse Incidents | APSAC International Conference | June 2006 | Nashville, TN | 4 |
| Internet Safety for Children | Allen/Lovejoy ISD PTA | October 2006 | Allen, TX | 2 |

Detective Jeff Rich

**INSTRUCTIONAL TRAINING PROVIDED**

| Subject Instructed | Presented At | Date Instructed | Location | Hours |
|---|---|---|---|---|
| Investigating Family Violence | Collin County Family Violence Conference | October 2006 | Plano, Texas | 2 |
| Speaking the Language of Children | SMU School of Law | January 2007 | Dallas, Texas | 4 |
| Internet Safety for Children | St. Marks Catholic School | January 2007 | Plano, Texas | 3 |
| Law Enforcement Response to CPS Investigations | The Collin County Children's Advocacy Center | March 2007 | Plano, Texas | 3 |
| Collin County Domestic Violence Business Summit | The Collin County Council on Family Violence | March 2007 | Plano, Texas | 3 |
| Internet Safety for Children | St. Andrews Catholic Church | May 2007 | Dallas, Texas | 3 |
| Investigating Internet Child Exploitation for Law Enforcement | Collin County Children's Advocacy Center | November 2007 | Plano, Texas | 3 |
| Internet Safety for Parents | McKinney ISD PTA | February 2008 | McKinney, Texas | 3 |
| Internet Safety for Parents | Christ United Methodist Church | April 2008 | Plano, Texas | 3 |
| Innocent Images Initiative Overview | Grand Prairie Faith Based Community | April 2008 | Grand Prairie, Texas | 3 |
| Family Violence Awareness | Plano Educator's Academy | June 2008 | Plano, Texas | 2 |
| Project Innocence Overview | Plano Citizen's Police Academy | September 2008 | Plano, Texas | 2 |
| Innocent Images Initiative Overview | FBI Dallas Citizen's Academy | September 2008 | Dallas, Texas | 3 |
| Internet Safety for Children Online | Plano ISD | December 2008 | Plano, Texas | 2 |
| Internet Safety for Children Online | Plano ISD | December 2008 | Plano, Texas | 2 |
| Aspects of Child Abuse Investigations | Collin County Community College | January 2009 | Plano, Texas | 4 |
| Internet Safety for Children Online | Prince of Peace Community | March 2009 | Plano, Texas | 3 |
| Internet Crimes Against Children Conference | San Jose CA ICAC | May 2009 | San Jose, CA | 8 |
| Project Innocence Overview | Plano Citizen's Police Academy | May 2009 | Plano, Texas | 2 |

| Internet Safety for Parents | Plano ISD PTA | June 2009 | Plano, Texas | 3 |
|---|---|---|---|---|
| Advanced Undercover Internet Investigations | FBI | July 2009 | Jacksonville, Florida | 8 |
| Project Safe Childhood Workshop | Plano PD | July 2009 | Plano, Texas | 4 |
| Advanced Undercover Internet Investigations | FBI | August 2009 | Anchorage, Alaska | 8 |
| Internet Safety for Parents | St. Marks Church | August 2009 | Plano, Texas | 3 |
| Online Undercover Investigations | Dallas Crimes Conference | August 2009 | Dallas, Texas | 4 |
| Online Investigations | Plano PD | November 2009 | Plano, Texas | 3 |
| Online Safety for Children | Plano ISD | November 2009 | Plano, Texas | 2 |
| Project Safe Childhood Overview | Collin County Community College | December 2009 | Frisco, Texas | 2 |
| Advanced Undercover Investigations | ICAC – FBI | February 2010 | Atlanta, Georgia | 8 |
| Internet Safety for Parents | McKinney ISD | March 2010 | McKinney, Texas | 3 |
| Advanced Undercover Investigations | ICAC – PSC Conference | May 2010 | Jacksonville, Florida | 16 |
| Advanced Undercover Internet Investigations and Program Overview | Italian National Police | June 2010 | Rome, Italy | 32 |
| Advanced Undercover Internet Investigations and Program Overview | FBI-HQ | September 2010 | Calverton, MD | 16 |
| Basic Internet Investigations | Plano PD | September – December 2010 | Plano, TX | 4 |
| eP2P/Roundup Investigations | FBI-HQ | January 2011 | Calverton, MD | 16 |
| eP2P/Roundup Investigations | FBI-LA | January 2011 | Los Angeles, CA | 16 |
| Understanding Internet Investigations for Prosecutors | Collin County DA | February 2011 | McKinney, TX | 4 |
| Online Safety for Children | Prince of Peace School | February 2011 | Plano, TX | 2 |
| Advanced Internet Investigations | FBI-HQ | March 2011 | Dallas, TX | 8 |
| Enhanced P2P Undercover Investigations | National Strategy Conference on Combating Child Exploitation | May 2011 | San Jose, CA | 24 |