**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES,<br>　　　Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§　　NO. 4:11-cr-237 |
| DANISH SALEEM,<br>　　　Defendant, | §<br>§<br>§ |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas R. Cox III, by and on the behalf of Danish Saleem, hereby files this Motion to Substitute Counsel in the above-entitled case. Currently, Franklyn Mickelsen is listed as the attorney of record for the Defendant in this case. Undersigned Counsel was recently retained to represent Mr. Saleem in this case. As such, Mr. Saleem respectfully requests this court to substitute Mr. Cox for his previous counsel, Mr. Mickelsen.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

BY:　/s/ Thomas R. Cox III
　　　**THOMAS R. COX III**
　　　State Bar No. 04956487
　　　P.O. Box 192198
　　　Dallas, Texas   75219
　　　214-526-5600 – Telephone
　　　214-520-1320 - Facsimile
　　　**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

I, Thomas R. Cox III, certify that on April 18, 2012, I conferenced with Mr. Franklyn Mickelsen as well as Ms. Amanda Griffith and it was determined that they are both UNOPPOSSED to the motion.

/s/Thomas R. Cox III
**THOMAS R. COX III**

## CERTIFICATE OF SERVICE

I, Thomas R. Cox III, certify that on April 18, 2012, I caused the foregoing document to be served by electronic filing, on Amanda Griffith, and on Franklyn Mickelsen.

/s/Thomas R. Cox III
**THOMAS R. COX III**