**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES, § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | NO. 4:11-cr-237 |
| DANISH SALEEM, § | |
| Defendant, § | |
| § | |

**ORDER FOR MOTION TO SUBSTITUTE COUNSEL**

Came on to be considered Defendant's Motion to Substitute Counsel, and it appears to the Court that this Motion should be

       (GRANTED)   (DENIED).