**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES,<br>    Plaintiff,<br><br>VS.<br><br>DANISH SALEEM,<br>    Defendant, | §<br>§<br>§<br>§<br>§   NO. 4:11-cr-237<br>§<br>§<br>§ |

## MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** DANISH SALEEM, and files this Motion for Continuance of this cause, shows the court the following:

I.

This matter is set for trial on April 23, 2012. Counsel was retained yesterday, April 17, 2012, less than a week from said trial date, counsel does not feel that it is possible to be prepared for trial in less than a week.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests that the above entitled and numbered cause be removed from its present setting and reset to a date convenient to the Court.

<div style="margin-left: 50%;">

Respectfully submitted,

BY:   /s/ Thomas R. Cox III
**THOMAS R. COX III**
State Bar No. 04956487
2603 Oak Lawn Ave., Suite 230
Dallas, Texas  75219
214-526-5600 - Telephone
214-520-1320 - Facsimile
**ATTORNEY FOR DEFENDANT**

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of April, 2012, I electronically filed the foregoing document with the clerk for the U. S. District Court, Eastern District of Texas, Sherman Division, using the electronic filing system, of the court.

/s/Thomas R. Cox III
**THOMAS R. COX III**

## **CERTIFICATE OF CONFERENCE**

I certify that on the 18th day of April, 2012, office of counsel for the defendant conferred with Amanda Griffith, Assistant United States Attorney, who does not oppose this motion.

/s/Thomas R. Cox III
**THOMAS R. COX III**