**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | NO. 4:11-cr-237 |
| DANISH SALEEM, | § | |
| Defendant, | § | |
| | § | |

**ORDER ON MOTION FOR CONTINUANCE**

Came on to be considered Defendant's Motion for Continuance, and it appears to the Court that this Motion should be

                        (GRANTED)        (DENIED).