IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | |
| v. | § | CASE NO. 4:11cr237 |
| | § | |
| | § | |
| DANISH SALEEM | § | |

ORDER GRANTING DEFENDANT'S
MOTION TO SUBSTITUTE COUNSEL
AND MOTION FOR CONTINUANCE

Before the court are the Defendant's Motion to Substitute Counsel [de #22] and Motion for Continuance [de #23] filed on April 18, 2012. In his motions, the defendant moves to replace his current counsel with new counsel, which will be his third lawyer in this case. He also seeks a continuance of the current trial setting of April 23, 2012. On this day, the court held a hearing on these motions attended by counsel for the Government, the Defendant, current counsel for the Defendant and proposed counsel for the Defendant. After hearing from all counsel present as well as the Defendant, the court hereby **GRANTS** both motions with the understanding that the next trial setting for this case may very well be in April of 2013 due to the court's crowded calendar. Before the court granted the Defendant's motions, the Defendant waived his rights under the Speedy Trial Act and agreed to a resetting of his case for trial on a date in the future that is convenient for the court. In light of the substitution of counsel and continuance of the trial, this case is hereby set for another final pretrial conference on June 4, 2012 at 9:00 a.m.

    **IT IS SO ORDERED.**

    **SIGNED this the 19th day of April, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE