UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford/Lori Bates

**U.S.A.**

vs.                                                                    CIVIL NO.  4:11cr237

**DANISH SALEEM**

GOVERNMENT:           Amanda Griffith

DEFENSE:                    Mick Mickelsen (via telephone) , Tom Cox

    **This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 4/19/12:**

**Motions Hearing [de#22, 23]**

7:39 pm      The court called the case, noting the appearance of counsel and parties. Motions [de #22 and 23] are taken up by the court.  Defendant states he is talking with an out of state attorney by the name of Dean Boland of Ohio who will be lead counsel and Tom Cox will be local counsel. The court was advised that Mr. Boland will be entering an appearance to the case.   The court orders that all attorneys make their appearance.  The Defendant states that he understands that the court may not reach the case for trial until April 2013.  The court grants both motions and will enter orders accordingly.  This case is put back on the final pretrial conference docket for June 4, 2012.

8:05 pm      Court adjourned.