Appendix K                                                                    Revised: 4/19/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Beaumont DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 2 3 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

1. This application is being made for the following: Case # 4:11-cr-00237-RAS-DDB
Style: U.S. v. Saleem.

2. Applicant is representing the following party/ies: Danish Saleem

3. Applicant was admitted to practice in OHIO (state) on 11/13/1995 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Ohio Supreme Court, Northern and Southern District Court of Ohio, 2nd, 4th, 5th and 6th Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Dean Boland do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 4-20-12        Signature Dean Boland

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Dean Boland

State Bar Number 0065693

Firm Name: Boland Legal, LLC

Address/P.O. Box: 1475 Warren Road, Unit 770724

City/State/Zip: Lakewood, OH 44107

Telephone #: 216-236-8080

Fax #: 866-455-1267

E-mail Address: dean@bolandlegal.com

Secondary E-Mail Address: deanboland@gmail.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 4/23/12

_David J. Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By /s/Faye Thompson
Deputy Clerk