UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

Plaintiff,

v.

DANISH SALEEM

Defendants.

Case No. 4:11-cr-00237-RAS-DDB

**MOTION FOR CONTINUANCE**

Defendant Danish Saleem respectfully requests this court continue the currently scheduled Final Pre-Trial Conference for the reasons contained in the attached memorandum.

Respectfully submitted,

/s/Dean Boland

Dean Boland
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com

## **MEMORANDUM**

Mr. Saleem retained new counsel on April 23, 2012.  Since that time, new counsel have reviewed the Defendants' file received from prior counsel.  They have both met with Mr. Saleem and contacted the prosecutor, Amanda Griffith.  A discussion between Defense Counsel and Ms. Griffith could not resolve the matter of reviewing the evidence of alleged contraband at the defense expert's offices.  Therefore, a motion is forthcoming for the court's consideration of that issue.

The defense also anticipates filing additional motions in the coming few weeks that will require the court's attention pre-trial.  For the above reasons, Defendant Danish Saleem respectfully requests this court grant him a continuance of the currently scheduled Final Pre-Trial set for 9:00 am on June 4, 2012.

The United States Attorney's Office has indicated verbally to the undersigned that she does not object to the granting of this motion.

                                                Respectfully submitted,

                                                /s/Dean Boland

| Thomas R. Cox, III | Dean Boland |
|---|---|
| PO Box 192198 | 1475 Warren Road |
| Dallas, TX 75219 | Unit 770724 |
| 214-526-5600 phone | Lakewood, Ohio 44107 |
| 214-742-3881 fax | 216-236-8080 phone |
| coxlegal@yahoo.com | 866-455-1267 fax |
| | dean@bolandlegal.com |

## CERTIFICATE OF SERVICE

  A copy of the foregoing shall be served on May 29, 2012 on all parties by operation of the court's electronic case filing system.

/s/ Dean Boland
Dean Boland