UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:11-cr-00237-RAS-DDB |
| Plaintiff, | **CERTIFICATE OF CONFERENCE** |
| v. | |
| DANISH SALEEM | |
| Defendants. | |

Counsel for Defendant Danish Saleem Certifies the following:

1. Counsel has met and conferred with counsel for the government about the motion to compel, Doc. No. 31, as required by Local Rule CV-7(h); and

2. The motion to compel, Doc. No. 31, is **opposed** by the government; and

3. The undersigned counsel for Danish Saleem certifies that the conferences required by Local Rule CV-7(h) were conducted via telephone with counsel for the government; and

4. No agreement could be reached on the issue described in the motion to compel, Doc. No. 31, because of both the policy of the United States Attorneys' Office and its reliance on 18 U.S.C. § 3509 as prohibiting the remedy Defendant seeks in the motion. The government believes that providing a conference room at the government's offices provides Mr. Saleem "ample opportunity" to review the seized computer evidence in this case. In contrast, as noted in the motion to compel, Mr. Saleem identifies several deficiencies with analyzing the seized

computer evidence in the prosecutor's conference room and finds that arrangement does not provide "ample opportunity" for a meaningful review of the evidence and continuing access to it as the case develops toward hearings and/or trial.

5. It is the position of the undersigned that counsel for both parties negotiated this issue in good faith ultimately leading to the impasse summarized herein.

                                       Respectfully submitted,

| /s/ Thomas R. Cox, III | /s/Dean Boland |
|---|---|
| Thomas R. Cox, III | Dean Boland |
| PO Box 192198 | 1475 Warren Road |
| Dallas, TX 75219 | Unit 770724 |
| 214-526-5600 phone | Lakewood, Ohio 44107 |
| 214-742-3881 fax | 216-236-8080 phone |
| coxlegal@yahoo.com | 866-455-1267 fax |
| | dean@bolandlegal.com |

CERTIFICATE OF SERVICE

A copy of the foregoing shall be served on June 21, 2012 on all parties by operation of the court's electronic case filing system.

/s/ Dean Boland
Dean Boland