IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

The following cases are set for final pretrial conference and trial scheduling on Thursday, July 5, 2012,  at the times shown on the attached list.   **All** cases will be heard in the **United States Courthouse, 7940 Preston Road, Plano, Texas.   Dates for jury selection and trial will be determined at this time**.   ***Change of pleas will be taken at the final pretrial hearing unless other arrangements have been made through the deputy clerk.  Any motions for continuance are due no later than 5:00 p.m. Tuesday preceding the final pretrial conference. Otherwise, the defendant and defendant's counsel will be expected to appear on the date stated above.***

Requested jury instructions and exhibit and witness lists in criminal cases shall be delivered to the court at least **TWO** business days prior to the scheduled trial date.  Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court **by the date set out in the Scheduling Order**.  In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission.  In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions via email or on a diskette (Word Perfect compatible).

All counsel in civil cases shall exchange exhibits prior to trial. All exhibits which are without objection shall be offered into evidence, together with an index of exhibits, immediately prior to the commencement of trial.  All proposed exhibits that are objected to by any party may be presented to the court prior to the trial, and a ruling on such exhibits made prior to the presentation of evidence, or counsel may elect to offer the exhibits during the presentation of evidence.

PLEASE NOTE THE CHANGE FROM JULY 2nd to JULY 5, 2012.

**SIGNED this the 26th day of June, 2012.**

*Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**NOTICE TO DEFENDANTS IN CRIMINAL CASES**

For any defendant who requests and is given a future trial setting and who later chooses to change his plea to guilty, a plea agreement must be executed by the defendant and a notification of the defendant's desire to change his plea given to the court no later than three weeks before the trial setting in order for the defendant to receive a three level reduction at sentencing for acceptance of responsibility.  The court has adopted this deadline for defendants to sign plea agreements and provide the court with change of plea notifications in order to provide an incentive for those defendants contemplating changing their pleas to do so at a date that is sufficiently in advance of the trial setting for the court to then advise counsel in back-up cases that are set for trial on the same day that their case will now be the first one called for trial or for the court to schedule other matters.  This policy should enable the court to more efficiently utilize its time both in and out of the courtroom.

**FINAL PRETRIAL HEARING AND TRIAL SCHEDULING**
**Judge Richard A. Schell, Presiding**
**SHERMAN DIVISION**

**Thursday, July 5, 2012**
**9:00 a.m.**

---

4:09 CR 150   (2)   UNITED STATES OF AMERICA v. CHRISTOPHER MONTREAL FREEMAN

*Sherman*

G:   Randall Blake
D:   Mac Morris

---

4:10 CR 035   (3)   UNITED STATES OF AMERICA v. TONDERAI K CHARI

G:   Shamoil Shipchandler
D:   Jason Trumpler

---

4:10 CR 036   (23)   UNITED STATES OF AMERICA v. COREY LAMUN WILLIAMS

G:   Heather Rattan
D:   Jeffery King

---

4:11 CR 003   (16)   UNITED STATES OF AMERICA v. ROLANDO CANDANOSA

G:   Heather Rattan
D:   Donald Hoover

---

4:11 CR 124   (1)   UNITED STATES OF AMERICA v. LEODEGARDIO SANCHEZ

G:   Ernest Gonzalez
D:   Robert Arrambide

(3)   UNITED STATES OF AMERICA v. ORALDE MONDRAGON

G:   Ernest Gonzalez
D:   Scott Palmer

(4)   UNITED STATES OF AMERICA v. RODOLFO SANCHEZ

G:   Ernest Gonzalez
D:   Garland Cardwell

(5)     UNITED STATES OF AMERICA v. CATARINO ZAVALA

        G:     Ernest Gonzalez
        D:     Phillip Linder

(6)     UNITED STATES OF AMERICA v. JOSE HERRERA-SANCHEZ

        G:     Ernest Gonzalez
        D:     Jacqueline Burgos-Garritson

(7)     UNITED STATES OF AMERICA v. JUVENTINO GONZALEZ-SOTO

        G:     Ernest Gonzalez
        D:     Mark Perez

(8)     UNITED STATES OF AMERICA v. JOSE C PATINO

        G:     Ernest Gonzalez
        D:     Cynthia Nahas

(10)    UNITED STATES OF AMERICA v. JUAN MANUEL PATINO

        G:     Ernest Gonzalez
        D:     Steven Hayden

(11)    UNITED STATES OF AMERICA v. MARIBEL RIVERA

        G:     Ernest Gonzalez
        D:     Lee Tatum

(12)    UNITED STATES OF AMERICA v. ALONDRA ACOSTA

        G:     Ernest Gonzalez
        D:     John Lozano

(14)    UNITED STATES OF AMERICA v. RAFAEL SANCHEZ

        G:     Ernest Gonzalez
        D:     Christopher Woodward

(15)    UNITED STATES OF AMERICA v. ERICK MARTINEZ

        G:     Ernest Gonzalez
        D:     Billy Stovall

(17)    UNITED STATES OF AMERICA v. JUAN AMADEO TELLEZ

        G:     Ernest Gonzalez
        D:     Phillip Linder

4:11 CR 190   (1)       UNITED STATES OF AMERICA v. WYATT CLIFTON SINTAS

                          G:     Amanda Griffith
                          D:     John Teakell

---

4:11 CR 194   (1)       UNITED STATES OF AMERICA v. FERNANDO WILLIAMS

                          G:     Tracey Batson
                          D:     Charles Chatman

---

4:11 CR 196   (1)       UNITED STATES OF AMERICA v. GUILLERMINA M VALDEZ

                          G:     Heather Rattan
                          D:     Thomas Smith

            (2)       UNITED STATES OF AMERICA v. NARCISCO VALDEZ

                          G:     Heather Rattan
                          D:     Mark Perez

            (4)       UNITED STATES OF AMERICA v. VICTOR MANUEL HERNANDEZ
                          CASTANEDA

                          G:     Heather Rattan
                          D:     Brian O'Shea

            (6)       UNITED STATES OF AMERICA v. RICHARDO VALDEZ

                          G:     Heather Rattan
                          D:     James Smith

            (9)       UNITED STATES OF AMERICA v. URIEL RAYO NAVARRO

                          G:     Heather Rattan
                          D:     James Whalen

          (10)      UNITED STATES OF AMERICA v. JOSE OROZCO CALDERON

                          G:     Heather Rattan
                          D:     James Morris

          (11)      UNITED STATES OF AMERICA v. ANTONIO JAIMES

                          G:     Heather Rattan
                          D:     Joey Fritts

(12)    UNITED STATES OF AMERICA v. CESAR RAYO-CERVANTES

        G:    Heather Rattan
        D:    Keith Willeford

(14)    UNITED STATES OF AMERICA v. GENARO MARTINEZ

        G:    Heather Rattan
        D:    Steven Hayden

(15)    UNITED STATES OF AMERICA v. MARIA ESTHER CASTANEDA

        G:    Heather Rattan
        D:    Hilda Hahn

(16)    UNITED STATES OF AMERICA v. SANTOS FLORES CASAS

        G:    Heather Rattan
        D:    Derk Wadas

(17)    UNITED STATES OF AMERICA v. FRANCISCO CALDERON HERNANDEZ

        G:    Heather Rattan
        D:    Ronald Uselton

(18)    UNITED STATES OF AMERICA v. JAVIER RODRIGUEZ

        G:    Heather Rattan
        D:    Camille Knight

(19)    UNITED STATES OF AMERICA v. SERGIO FLORES

        G:    Heather Rattan
        D:    Mac Morris

(20)    UNITED STATES OF AMERICA v. ADRIANA VASQUEZ

        G:    Heather Rattan
        D:    Bobbie Peterson Cate

(21)    UNITED STATES OF AMERICA v. CHRISTOPHER SHAWN GUERRA

        G:    Heather Rattan
        D:    Douglas Greene

(22)    UNITED STATES OF AMERICA v. NOE GONZALEZ

        G:    Heather Rattan
        D:    Ed Richardson

(23)   UNITED STATES OF AMERICA v. GABRIEL ORTIZ

        G:    Heather Rattan
        D:    Adam LeCrone

(25)   UNITED STATES OF AMERICA v. RAFAEL VILLALOBOS RODRIGUEZ

        G:    Heather Rattan
        D:    Heather Fisher

(26)   UNITED STATES OF AMERICA v. MELVIN ANTONIO BENITEZ

        G:    Heather Rattan
        D:    Philip Ray

(27)   UNITED STATES OF AMERICA v. LAURA ESTHELA MARTINEZ

        G:    Heather Rattan
        D:    Donald Bailey

(28)   UNITED STATES OF AMERICA v. CLARISSA GIOVANNA BERAIN

        G:    Heather Rattan
        D:    John Hopping

(29)   UNITED STATES OF AMERICA v. JOSE ALFREDO VEGA

        G:    Heather Rattan
        D:    Robert Arrambide

(30)   UNITED STATES OF AMERICA v. KEVIN JOE TAPIA

        G:    Heather Rattan
        D:    Donald Hoover

(31)   UNITED STATES OF AMERICA v. ALBERTO MORALES HERNANDEZ

        G:    Heather Rattan
        D:    John Hunter Smith

(32)   UNITED STATES OF AMERICA v. EDGAR ELOY SORIA

        G:    Heather Rattan
        D:    John Weddle

(33)   UNITED STATES OF AMERICA v. OSCAR GARZA

        G:    Heather Rattan
        D:    Reginald Smith

(34) UNITED STATES OF AMERICA v. CARLOS FELIPE MARTINEZ

  G: Heather Rattan
  D: Maria Tu

(35) UNITED STATES OF AMERICA v. BRENT MICHAEL ESQUIVEL

  G: Heather Rattan
  D: David Haynes

(36) UNITED STATES OF AMERICA v. ROSEMARIE FLORES

  G: Heather Rattan
  D: Clark Birdsall

(37) UNITED STATES OF AMERICA v. HERBERTO FLORES

  G: Heather Rattan
  D: Jens Bakker

---

4:11 CR 228 (1) UNITED STATES OF AMERICA v. UBER AGUSTIN MALDONADO

  G: Jay Combs
  D: Frank Henderson

(2) UNITED STATES OF AMERICA v. CLAUDIO VELAQUEZ-REYES

  G: Jay Combs
  D: Ronald Uselton

(3) UNITED STATES OF AMERICA v. EMILIOZ ARRELANO

  G: Jay Combs
  D: Camille Knight

---

4:11 CR 234 (1) UNITED STATES OF AMERICA v. BAHMAN HAFEZ AMINI

  G: Shamoil Shipchandler
  D: Jason Zendeh Del

(2) UNITED STATES OF AMERICA v. JOSE IVAN JIMENEZ

  G: Shamoil Shipchandler
  D: Frank Henderson

---

4:11 CR 237   (1)      UNITED STATES OF AMERICA v. DANISH SALEEM

                   G:      Amanda Griffith
                   D:      Thomas Cox / Dean Boland

---

4:11 CR 242   (1)      UNITED STATES OF AMERICA v. RICKY LEE PIMIENTA

                   G:      Tracey Batson
                   D:      Robert Arrambide

---

4:11 CR 247   (1)      UNITED STATES OF AMERICA v. DAVID FABIAN

                   G:      Heather Rattan
                   D:      Clark Birdsall

         (3)      UNITED STATES OF AMERICA v. SAMUEL PALACIOS SANCHEZ

                   G:      Heather Rattan
                   D:      Robert Arrambide

         (4)      UNITED STATES OF AMERICA v. TOMAS FERNANDO BALCORTA-CORDOVA

                   G:      Heather Rattan
                   D:      Micah Belden

         (5)      UNITED STATES OF AMERICA v. JOSE ROLANDO MORALES, JR

                   G:      Heather Rattan
                   D:      Camille Knight

         (6)      UNITED STATES OF AMERICA v. AIMEE LYNN AGUILAR

                   G:      Heather Rattan
                   D:      Donald Hoover

         (7)      UNITED STATES OF AMERICA v. JOHN DAVID GEBARA

                   G:      Heather Rattan
                   D:      Scott Palmer

         (8)      UNITED STATES OF AMERICA v. JUAN ANGELES MENDOZA

                   G:      Heather Rattan
                   D:      Mark Perez

         (9)      UNITED STATES OF AMERICA v. JOAQUIN PERALTA

                   G:      Heather Rattan
                   D:      Brian O'Shea

4:11 CR 248  (1)  UNITED STATES OF AMERICA v. ERNEST MICHAEL DIAZ

G:  Ernest Gonzalez
D:  Robert Jarvis

(2)  UNITED STATES OF AMERICA v. TERESA RODRIGUEZ

G:  Ernest Gonzalez
D:  Colleen Dunbar

(3)  UNITED STATES OF AMERICA v. SANTIAGO ADRI SEPULVEDA

G:  Ernest Gonzalez
D:  Howard Blackmon

(4)  UNITED STATES OF AMERICA v. JOE DIAZ

G:  Ernest Gonzalez
D:  Garland Cardwell

(5)  UNITED STATES OF AMERICA v. RICHARDO JULIO CASTILLO, JR

G:  Ernest Gonzalez
D:  Jeffery King

(6)  UNITED STATES OF AMERICA v. MICHAEL ANGEL PADRON

G:  Ernest Gonzalez
D:  Jeffrey Ansley

(7)  UNITED STATES OF AMERICA v. RAMIRO PENA, JR

G:  Ernest Gonzalez
D:  James Morris

(8)  UNITED STATES OF AMERICA v. RODNEY DSHANE MAYO

G:  Ernest Gonzalez
D:  Lee Tatum

(9)  UNITED STATES OF AMERICA v. OSCAR K MONTOYA-CASTILLO

G:  Ernest Gonzalez
D:  Bobbie Peterson Cate

(10)  UNITED STATES OF AMERICA v. NANCY ALEIDA GRANADOS

G:  Ernest Gonzalez
D:  Kevin Ross

(11)   UNITED STATES OF AMERICA v. STEVEN WILLIAM TAYLOR

      G:    Ernest Gonzalez
      D:    Joey Fritts

(12)   UNITED STATES OF AMERICA v. BRITTANY LEANN VOLLWEILER

      G:    Ernest Gonzalez
      D:    John Hunter Smith

(13)   UNITED STATES OF AMERICA v. LYLE JEFFREY ROWEN

      G:    Ernest Gonzalez
      D:    Barrett Brown

(14)   UNITED STATES OF AMERICA v. CODY GENE GLENN

      G:    Ernest Gonzalez
      D:    Frank Henderson

(15)   UNITED STATES OF AMERICA v. DYLAN ANDREW DOVE

      G:    Ernest Gonzalez
      D:    Brian O'Shea

(16)   UNITED STATES OF AMERICA v. TRAVIS TROY ABOLOS

      G:    Ernest Gonzalez
      D:    Brian Corrigan

(17)   UNITED STATES OF AMERICA v. MATEUSZ CIEZKI

      G:    Ernest Gonzalez
      D:    Donald Bailey

(18)   UNITED STATES OF AMERICA v. CHRISTOPHER MURPHY SPRING

      G:    Ernest Gonzalez
      D:    Gregory Williams

(19)   UNITED STATES OF AMERICA v. NICHOLAS ALEXANDER TAGERT

      G:    Ernest Gonzalez
      D:    Scott Palmer

(20)   UNITED STATES OF AMERICA v. CHRISTOPHER DELAROSA

      G:    Ernest Gonzalez
      D:    Camille Knight

(21)   UNITED STATES OF AMERICA v. HUGO HERNANDEZ

      G:   Ernest Gonzalez
      D:   Micah Belden

(22)   UNITED STATES OF AMERICA v. ADRIAN RODRIQUEZ-RIVERA

      G:   Ernest Gonzalez
      D:   Cynthia Barbare

(23)   UNITED STATES OF AMERICA v. ELIZABETH ANNE TARLTON

      G:   Ernest Gonzalez
      D:   Derk Wadas

(24)   UNITED STATES OF AMERICA v. BENJAMIN TYLER TREDWAY

      G:   Ernest Gonzalez
      D:   Gregg Gibbs

(25)   UNITED STATES OF AMERICA v. DAKOTA STEPHEN HARRIS

      G:   Ernest Gonzalez
      D:   Joel Petrazio

(26)   UNITED STATES OF AMERICA v. KEVIN JESSIE TEER

      G:   Ernest Gonzalez
      D:   Ronald Uselton

(27)   UNITED STATES OF AMERICA v. MICHAEL WAYNE PEREZ, JR

      G:   Ernest Gonzalez
      D:   Michael Lehmann

(28)   UNITED STATES OF AMERICA v. BRITTANY MICHELLE CLAYTON

      G:   Ernest Gonzalez
      D:   Kyle Kemp

(29)   UNITED STATES OF AMERICA v. JOSHUA ALEXANDER HONEA

      G:   Ernest Gonzalez
      D:   Keith Willeford

(30)   UNITED STATES OF AMERICA v. COURTNEY AMANDA SIDES

      G:   Ernest Gonzalez
      D:   Reginald Smith

(31)    UNITED STATES OF AMERICA v. MARTIN TELLEZ GONZALEZ

    G:    Ernest Gonzalez
    D:    Gabriel Robles

---

4:12 CR 014  (1)    UNITED STATES OF AMERICA v. CAROLYN BOEHM-MCCAULEY

    G:    Jay Johnson
    D:    Frank Henderson

---

4:12 CR 016  (1)    UNITED STATES OF AMERICA v. RENE CORTEZ SALAZAR

    G:    Ernest Gonzalez
    D:    Donald Hoover

(3)    UNITED STATES OF AMERICA v. TASKA PATRICE GRAHAM

    G:    Ernest Gonzalez
    D:    Kimberly Priest-Johnson

(4)    UNITED STATES OF AMERICA v. JOEY SCOTT TREVATHAN

    G:    Ernest Gonzalez
    D:    Bobbie Peterson Cate

(5)    UNITED STATES OF AMERICA v. MELINDA MINDY MARSHALL

    G:    Ernest Gonzalez
    D:    Mick Mickelsen

(6)    UNITED STATES OF AMERICA v. BRENT ALAN ASKEW

    G:    Ernest Gonzalez
    D:    Brian O'Shea

(7)    UNITED STATES OF AMERICA v. JASON THEODORE HOOPER

    G:    Ernest Gonzalez
    D:    Gerald Cobb

(8)    UNITED STATES OF AMERICA v. LARRY TYRONE ADAMS

    G:    Ernest Gonzalez
    D:    Phillip Linder

(9)    UNITED STATES OF AMERICA v. BRIAN KEITH MCMENAMY

    G:    Ernest Gonzalez
    D:    Garland Cardwell

(10)   UNITED STATES OF AMERICA v. SHANNON RENEE ASKEW

  G: Ernest Gonzalez
  D: John Hopping

(11)   UNITED STATES OF AMERICA v. MELVIN C BOWEN

  G: Ernest Gonzalez
  D: Scott Palmer

(12)   UNITED STATES OF AMERICA v. MELISSA RENEE STEWART

  G: Ernest Gonzalez
  D: J Craig Jett

(13)   UNITED STATES OF AMERICA v. DANIEL GEORGE JENSON

  G: Ernest Gonzalez
  D: Randall Nunn

(14)   UNITED STATES OF AMERICA v. TIMOTHY LEDON BOWEN

  G: Ernest Gonzalez
  D: James Whalen

(15)   UNITED STATES OF AMERICA v. MANUEL MICHAEL CAMACHO

  G: Ernest Gonzalez
  D: Frank Perez

(16)   UNITED STATES OF AMERICA v. MALCOM CODY CONYERS

  G: Ernest Gonzalez
  D: Micah Belden

(17)   UNITED STATES OF AMERICA v. ANDREA REEVES

  G: Ernest Gonzalez
  D: Robert Richardson

(18)   UNITED STATES OF AMERICA v. LORENE VALDEZ

  G: Ernest Gonzalez
  D: Alfred Gilbertson, Jr.

(19)   UNITED STATES OF AMERICA v. FERNANDO PERALES

  G: Ernest Gonzalez
  D: Luis Merren, Jr.

(20)   UNITED STATES OF AMERICA v. PRICILLA CAMACHO MARCELENO

    G:    Ernest Gonzalez
    D:    Joey Fritts

(21)   UNITED STATES OF AMERICA v. AUGUSTINE RODRIGUEZ

    G:    Ernest Gonzalez
    D:    John Hunter Smith

(22)   UNITED STATES OF AMERICA v. THIEU ANDY NGUYEN

    G:    Ernest Gonzalez
    D:    Colleen Dunbar

(23)   UNITED STATES OF AMERICA v. ABRAHAM ESCUADRA-CHAVEZ

    G:    Ernest Gonzalez
    D:    Ronald Uselton

(24)   UNITED STATES OF AMERICA v. MANUEL URBINA

    G:    Ernest Gonzalez
    D:    Phillip Robertson

(25)   UNITED STATES OF AMERICA v. PAUL MANGUS CAMACHO

    G:    Ernest Gonzalez
    D:    Douglas Mulder

(26)   UNITED STATES OF AMERICA v. HOA MINH HOANG

    G:    Ernest Gonzalez
    D:    Brady Wyatt

(27)   UNITED STATES OF AMERICA v. WILLIAM GRANT FULLER

    G:    Ernest Gonzalez
    D:    Mark Perez

(29)   UNITED STATES OF AMERICA v. CINDY KAY FOX

    G:    Ernest Gonzalez
    D:    Christopher Mulder

(31)   UNITED STATES OF AMERICA v. RAMIRO CAZARES

    G:    Ernest Gonzalez
    D:    Heath Hyde

(32)   UNITED STATES OF AMERICA v. BLANCA CAZARES

G:   Ernest Gonzalez
D:   Jeffery King

(33)   UNITED STATES OF AMERICA v. SHISHANA AVINA

G:   Ernest Gonzalez
D:   Heather Fisher

(34)   UNITED STATES OF AMERICA v. JUAN CARLOS VEGA

G:   Ernest Gonzalez
D:   Joel Petrazio

---

4:12 CR 025   (1)   UNITED STATES OF AMERICA v. ROBERT WAYMOND WADEKING

G:   Amanda Griffith
D:   Todd Shapiro

---

4:12 CR 028   (1)   UNITED STATES OF AMERICA v. JOE WAYNE SHANNON

G:   Tracey Batson
D:   Robert Arrambide

---

4:12 CR 029   (1)   UNITED STATES OF AMERICA v. JAMES CECIL HOLLEY, JR

G:   Jay Combs
D:   Kirk Lechtenberger

(2)   UNITED STATES OF AMERICA v. COREY MATTHEW ARMSTRONG

G:   Jay Combs
D:   Michael Levine

(3)   UNITED STATES OF AMERICA v. JUSTIN PAUL BROWN

G:   Jay Combs
D:   Ryan Grant

(4)   UNITED STATES OF AMERICA v. JASON LEE SIROVICA

G:   Jay Combs
D:   Curtis Lilly

---

4:12 CR 043   (1)      UNITED STATES OF AMERICA v. LORENZO DWAYN CRUMPTON

G:      Christopher Eason
D:      Frank Henderson

---

4:12 CR 056   (1)      UNITED STATES OF AMERICA v. GREGORY DEAN NEWSOM

G:      James Peacock
D:      Robert Arrambide

---

4:12 CR 057   (1)      UNITED STATES OF AMERICA v. BERTIN VILLEGAS-MERLAN

G:      Ernest Gonzalez
D:      Frederick Shelton

(2)      UNITED STATES OF AMERICA v. OSVALDO MERLAN-VELASQUEZ

G:      Ernest Gonzalez
D:      Robert Arrambide

---

4:12 CR 059   (1)      UNITED STATES OF AMERICA v. QUINCY LAVERNE SMITH

G:      Tracey Batson
D:      Robert Arrambide

---

4:12 CR 060   (1)      UNITED STATES OF AMERICA v. NICHOLAS PETER BAKER

G:      Tracey Batson
D:      Frank Henderson

(1)      UNITED STATES OF AMERICA v. TAYLOR LAYNE SCHMIDT

G:      Tracey Batson
D:      James Angelino

---

4:12 CR 061   (1)      UNITED STATES OF AMERICA v. QUINCY RESHAWN GILSTRAP

G:      Tracey Batson
D:      Robert Arrambide

---

4:12 CR 071   (1)      UNITED STATES OF AMERICA v. NORMAN JAMES MILLENDER

G:      Camelia Lopez
D:      Reed Prospere

---

4:12 CR 072   (1)   UNITED STATES OF AMERICA v. MICHAEL EDWARD NEGRETTE

G:   Heather Rattan
D:   James Guinan

(2)   UNITED STATES OF AMERICA v. CORY HAYS SLAPE

G:   Heather Rattan
D:   Robert Arrambide

---

4:12 CR 073   (1)   UNITED STATES OF AMERICA v. JULIAN ESPINOZA

G:   Heather Rattan
D:   Robert Arrambide

(2)   UNITED STATES OF AMERICA v. ORALIA VILLANUEVA

G:   Heather Rattan
D:   Brian O'Shea

(3)   UNITED STATES OF AMERICA v. EDGARDO ESPINOZA

G:   Heather Rattan
D:   Mac Morris

(4)   UNITED STATES OF AMERICA v. GABRIEL ESPINOZA

G:   Heather Rattan
D:   Scott Smith

(5)   UNITED STATES OF AMERICA v. ALFREDO PINEDA

G:   Heather Rattan
D:   Bobbie Peterson Cate

---

4:12 CR 081   (1)   UNITED STATES OF AMERICA  v. REMINICO TAFADZWA ZHANGAZHA

G:   Miriam Rea
D:   Jay Ethington

---

4:12 CR 083   (1)   UNITED STATES OF AMERICA v. MAURICIO NUNEZ-SIERRA

G:   Ernest Gonzalez
D:   Frank Perez

---

4:12 CR 084   (1)        UNITED STATES OF AMERICA v. JOSE ANTONIO FIGUEROA

G:        Ernest Gonzalez
D:        Heath Hyde

---

4:12 CR 086   (1)        UNITED STATES OF AMERICA v. MATTHEW LANDGRAF

G:        Amanda Griffith
D:        Scott Palmer, Brady Thomas

---

4:12 CR 087   (1)        UNITED STATES OF AMERICA v. EZELL BROWN, JR

G:        Camelia Lopez
D:        Deborah Pritchett

(2)        UNITED STATES OF AMERICA v. LASHAUNDA EVANS

G:        Camelia Lopez
D:        Micah Belden

(3)        UNITED STATES OF AMERICA v. CANDACE MITCHELL

G:        Camelia Lopez
D:        Robert Arrambide

---

4:12 CR 088   (1)        UNITED STATES OF AMERICA v. STACIA ANN LOVING

G:        Camelia Lopez
D:        Frank Henderson

---

4:12 CR 103   (1)        UNITED STATES OF AMERICA v. MARCO ANTONIO REYES

G:        Jay Combs
D:        Robert Arrambide

---

4:12 CR 104   (1)        UNITED STATES OF AMERICA v. RONNIE GERHART

G:        Amanda Griffith
D:        Frank Henderson

---

4:12 CR 106   (1)        UNITED STATES OF AMERICA v. MANUEL FERREIRA-MURILLO

G:        Amy Bray
D:        Frank Henderson

---

4:12 CR 107   (1)      UNITED STATES OF AMERICA v. IVAN LUEVANO SALAS

                              G:     Miriam Rea
                              D:     Robert Arrambide

---

4:12 CR 108   (1)      UNITED STATES OF AMERICA v. GERARDO FRANCO-CONVENTO

                              G:     Miriam Rea
                              D:     Frank Henderson

---

4:12 CR 109   (1)      UNITED STATES OF AMERICA v. MICHAEL ANTHONY TIJERINA

                              G:     Tracey Batson
                              D:     Robert Arrambide

---

4:12 CR 111   (1)      UNITED STATES OF AMERICA v. SALVADOR BARRERA

                              G:     Ernest Gonzalez
                              D:     Mac Morris

         (2)      UNITED STATES OF AMERICA v. HERMELINDO RAUL AYALA, JR.

                              G:     Ernest Gonzalez
                              D:     Richard Weaver

---

4:12 CR 112   (1)      UNITED STATES OF AMERICA v. GAMALIEL RANGEL VILLANUEVA

                              G:     Ernest Gonzalez
                              D:     Richard Weaver

---

4:12 CR 114   (1)      UNITED STATES OF AMERICA v. JORGE RUIZ

                              G:     Tracey Batson
                              D:     Jaime Cavazos

         (2)      UNITED STATES OF AMERICA v. DANIEL GONSALES

                              G:     Tracey Batson
                              D:     Micah Belden

         (3)      UNITED STATES OF AMERICA v. ADRIAN ORONA-ENRIQUEZ

                              G:     Tracey Batson
                              D:     Robert Arrambide

---

CIVIL TRIAL DOCKET - SHERMAN DIVISION
Judge Richard A Schell, Presiding

**Thursday, July 5, 2012**

**1:30 pm**
4:11 cv 017    WEDDLE, ET AL v. SAFETY-KLEEN SYSTEMS, INC.

    For Plaintiffs:      Adam Greenfield, Joseph Gillespie
    For Defendant:     Ronald Chapman, Alicia Voltmer

**2:00 pm**
4:11 cv 408    USF INSURANCE COMPANY v. E.K., ET AL

    For Plaintiff:       George Jackson
    For Defendants:    William Montgomery, David Freudiger for E.K. and Tammi
                         Hawthorne
                         Dean Siotos for Premier Communities Management Co., Inc.
                         Aric Stock for Bearfoot Management, Inc.