UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

Case No. 4:11-cr-00237-RAS-DDB

Plaintiff,

**MOTION FOR CONTINUANCE**

v.

DANISH SALEEM

Defendants.

Defendant Danish Saleem respectfully requests this court continue the currently scheduled Final Pre-Trial Conference for the reasons contained in the attached memorandum.

Respectfully submitted,

/s/Dean Boland

Dean Boland
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com

1

## **MEMORANDUM**

The court recently adjusted the final pre-trial in this matter setting it for July 5, 2012.  Both defense counsel have conflicts with that date.  In addition, there is pending a defense motion for a hearing regarding access to evidence in this matter which has not been set for hearing.  The government still has time to file papers in response to the motion as well.

For the reasons stated above, the defense respectfully requests this court continue the currently scheduling pre-trial.

The United States Attorney's Office has indicated verbally to the undersigned that she does not object to the granting of this motion.

Respectfully submitted,

/s/Dean Boland

| | |
|---|---|
| Thomas R. Cox, III | Dean Boland |
| PO Box 192198 | 1475 Warren Road |
| Dallas, TX 75219 | Unit 770724 |
| 214-526-5600 phone | Lakewood, Ohio 44107 |
| 214-742-3881 fax | 216-236-8080 phone |
| coxlegal@yahoo.com | 866-455-1267 fax |
| | dean@bolandlegal.com |

## CERTIFICATE OF SERVICE

A copy of the foregoing shall be served on June 27, 2012 on all parties by operation of the court's electronic case filing system.

/s/ Dean Boland
Dean Boland