UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                    Plaintiff,

v.

DANISH SALEEM

                    Defendants.

Case No. 4:11-cr-00237-RAS-DDB

**ORDER**

Upon Defendants' motion, without objection by Plaintiff and for good cause shown, it is hereby ordered that the Final Pre-Trial currently scheduled for July 5, 2012 at 9:00 am be reset to _____.

**SO ORDERED**

_____
JUDGE RICHARD A. SCHELL

1

# MEMORANDUM

The court recently adjusted the final pre-trial in this matter setting it for July 5, 2012.  Both defense counsel have conflicts with that date.  In addition, there is pending a defense motion for a hearing regarding access to evidence in this matter which has not been set for hearing.  The government still has time to file papers in response to the motion as well.

For the reasons stated above, the defense respectfully requests this court continue the currently scheduling pre-trial.

The United States Attorney's Office has indicated verbally to the undersigned that she does not object to the granting of this motion.

Respectfully submitted,

/s/Dean Boland
_____

Thomas R. Cox, III                    Dean Boland
PO Box 192198                         1475 Warren Road
Dallas, TX 75219                      Unit 770724
214-526-5600 phone                    Lakewood, Ohio 44107
214-742-3881 fax                      216-236-8080 phone
coxlegal@yahoo.com                    866-455-1267 fax
                                      dean@bolandlegal.com

CERTIFICATE OF SERVICE

A copy of the foregoing shall be served on June 27, 2012 on all parties by operation of the court's electronic case filing system.


/s/ Dean Boland
Dean Boland