UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

Case No. 4:11-cr-00237-RAS-DDB

Plaintiff,

**MOTION FOR CONTINUANCE**

v.

DANISH SALEEM

Defendants.

Defendant Danish Saleem respectfully requests this court continue the currently scheduled hearing in front of Magistrate Judge Bush for the reasons contained in the attached memorandum.

Respectfully submitted,

/s/Dean Boland

Dean Boland
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com

## MEMORANDUM

Based upon a motion filed by Mr. Saleem, this court scheduled a hearing before Magistrate Bush for July 24, 2012.  The hearing will involve access to the electronic evidence in this case and the effect to Mr. Saleem's expert's analysis to perform that analysis in the government's offices.  To that end, the presence and testimony of Mr. Saleem's computer forensics expert is vital to that hearing.

Mr. Saleem's expert has two trials scheduled to begin in Wisconsin on July 23, 2012 that will take approximately three days.  He and the government are both available if the hearing were reset to July 27, 2012.  The government does not object to this request but did inform the undersigned that the prosecutor in this case is not available on July 30th or July 31st.

Mr. Saleem has been detained since November 2011 and as such the defense has a keen interest in not delaying this hearing or anything in this matter which has prompted the request for a reset date as near as possible to the currently scheduled July 24, 2012 date.

For the above reasons, Mr. Saleem respectfully requests this court reset the currently scheduled hearing on July 24, 2012 to July 27, 2012.

Respectfully submitted,

/s/Dean Boland

Thomas R. Cox, III
PO Box 192198
Dallas, TX 75219
214-526-5600 phone
214-742-3881 fax
coxlegal@yahoo.com

Dean Boland
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com

CERTIFICATE OF SERVICE

A copy of the foregoing shall be served on July 11, 2012 on all parties by operation of the court's electronic case filing system.


/s/ Dean Boland
Dean Boland