UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

Plaintiff,

Case No. 4:11-cr-00237-RAS-DDB

**ORDER**

v.

DANISH SALEEM

Defendants.

Upon Defendants' motion, without objection by Plaintiff and for good cause shown, it is hereby ordered that the hearing currently scheduled for July 24, 2012 at 9:00 am is reset to _____.

**SO ORDERED**

_____
JUDGE RICHARD A. SCHELL

1