IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:11cr237 |
| v. | § | |
| | § | |
| DANISH SALEEM | § | |

## ORDER

Defendant's Motion for Continuance (Dkt. 37) is GRANTED in part.  The hearing set for July 24, 2012 at 10:30 a.m. on Defendant's First Motion to Compel Discovery (Dkt. 32) is continued until **August 1, 2012 at 10:30 a.m.** at the *United States Courthouse, 7940 Preston Road, Plano, Texas 75024.*   If Defendant wishes for his expert to appear at the hearing, he shall make arrangements to attend on this date.  No further continuances will be granted absent a showing of good cause.

**SO ORDERED.**

**SIGNED this 12th day of July, 2012.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE