# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE**: 8/1/12

| **JUDGE** | **COURT REPORTER:** Bryn & Associates - Lisa Translavina-Kerr |
|---|---|
| **DON D BUSH** | **COURTROOM DEPUTY:** Toya McEwen |
| USA<br>v<br>Danish Saleem | CAUSE NO: 4:11cr237 RAS/DDB |

| ATTORNEY FOR Government | ATTORNEYS FOR Defendant |
|---|---|
| Mandy Griffith AUSA | Dean Boland RET |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas: Hearing on Motion to Compel (de # 32)

**OPEN:**  11:42 am                                **ADJOURN:**     12:07 pm

| TIME: | MINUTES: |
|---|---|
| 11:42 am | Case called, announcements made, Court requested Dean Boland to address the motion to compel.   Reply by Dean Boland. |
| 11:44 am | Reply by AUSA Griffith. |
| 11:45 am | Discussion followed by the Court in light of the Fifth Circuit standard. |
| 11:47 am | Boland called Stephen Odemthal, sworn, direct by Boland. |
| 11:53 am | Questions by the Court to the witness. |
| 11:55 am | Direct by Boland continued. |
| 11:59 am | Questions by the Court to the witness. |
| 12:00 pm | Direct by Boland continued. |
| 12:01 pm | Cross by AUSA Griffith. |
| 12:05 pm | Redirect by Boland. |
| 12:06 pm | Court finds this motion is premature and the defendant having made no attempts to resolve discovery with the US Attorneys office, motion is denied. |
| 12:07 pm | Recess |

**DAVID J. MALAND, CLERK**

BY: _____Toya McEwen_____
Courtroom Deputy Clerk