**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | NO. 4:11-cr-237 |
| DANISH SALEEM,<br>    Defendant, | §<br>§<br>§ | |

**<u>ORDER</u>**

Came on to be considered Defendant's Motion for Continuance, and it appears to the

Court that this Motion should be

(GRANTED)   (DENIED).

SIGNED on this the _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**