**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | NO. 4:11-cr-237 |
| DANISH SALEEM,<br>    Defendant, | §<br>§<br>§ | |

## **ORDER**

Came on to be considered Defendant's Motion for Continuance, and it appears to the Court that this Motion should be

(GRANTED)          (DENIED).