IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

The following cases are set for final pretrial conference and trial scheduling on Tuesday, September 4, 2012, at the times shown on the attached list.  **All** cases will be heard in the **United States Courthouse, 7940 Preston Road, Plano, Texas.   Dates for jury selection and trial will be determined at this time**. *Change of pleas will be taken at the final pretrial hearing unless other arrangements have been made through the deputy clerk.  Any motions for continuance are due no later than 5:00 p.m. Tuesday preceding the final pretrial conference. Otherwise, the defendant and defendant's counsel will be expected to appear on the date stated above.*  Requested jury instructions and exhibit and witness lists in criminal cases shall be delivered to the court at least **TWO** business days prior to the scheduled trial date.  Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court **by the date set out in the Scheduling Order**.  In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission.  In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions via email or on a diskette (Word Perfect compatible).

All counsel in civil cases shall exchange exhibits prior to trial. All exhibits which are without objection shall be offered into evidence, together with an index of exhibits, immediately prior to the commencement of trial.  All proposed exhibits that are objected to by any party may be presented to the court prior to the trial, and a ruling on such exhibits made prior to the presentation of evidence, or counsel may elect to offer the exhibits during the presentation of evidence.

**SIGNED this the 30th day of August, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

## NOTICE TO DEFENDANTS IN CRIMINAL CASES

For any defendant who requests and is given a future trial setting and who later chooses to change his plea to guilty, a plea agreement must be executed by the defendant and a notification of the defendant's desire to change his plea given to the court no later than three weeks before the trial setting in order for the defendant to receive a three level reduction at sentencing for acceptance of responsibility. The court has adopted this deadline for defendants to sign plea agreements and provide the court with change of plea notifications in order to provide an incentive for those defendants contemplating changing their pleas to do so at a date that is sufficiently in advance of the trial setting for the court to then advise counsel in back-up cases that are set for trial on the same day that their case will now be the first one called for trial or for the court to schedule other matters. This policy should enable the court to more efficiently utilize its time both in and out of the courtroom.

**FINAL PRETRIAL HEARING AND TRIAL SCHEDULING**
**Judge Richard A. Schell, Presiding**
**SHERMAN DIVISION**

**Tuesday, September 4, 2012**
**9:00 a.m.**

4:10 CR 74    (1)    UNITED STATES OF AMERICA v. WAYNE HARRIS LANDAU

           G:    James Peacock
           D:    Allen Rudy

4:11 CR 003    (16)    UNITED STATES OF AMERICA v. ROLANDO CANDANOSA

           G:    Heather Rattan
           D:    Donald Hoover

4:11 CR 124    (1)    UNITED STATES OF AMERICA v. LEODEGARDIO SANCHEZ

           G:    Ernest Gonzalez
           D:    Robert Arrambide

           (4)    UNITED STATES OF AMERICA v. RODOLFO SANCHEZ

           G:    Ernest Gonzalez
           D:    Hilda Hahn

           (5)    UNITED STATES OF AMERICA v. CATARINO ZAVALA

           G:    Ernest Gonzalez
           D:    Jeffery King

           (6)    UNITED STATES OF AMERICA v. JOSE HERRERA-SANCHEZ

           G:    Ernest Gonzalez
           D:    Jacqueline Burgos-Garritson

           (7)    UNITED STATES OF AMERICA v. JUVENTINO GONZALEZ-SOTO

           G:    Ernest Gonzalez
           D:    Mark Perez

|  |  |  |
|---|---|---|
| (8) | UNITED STATES OF AMERICA v. JOSE C PATINO | |

        G:    Ernest Gonzalez
        D:    Cynthia Nahas

(10)    UNITED STATES OF AMERICA v. JUAN MANUEL PATINO

        G:    Ernest Gonzalez
        D:    Steven Hayden

(12)    UNITED STATES OF AMERICA v. ALONDRA ACOSTA

        G:    Ernest Gonzalez
        D:    John Lozano

(14)    UNITED STATES OF AMERICA v. RAFAEL SANCHEZ

        G:    Ernest Gonzalez
        D:    Christopher Woodward

(15)    UNITED STATES OF AMERICA v. ERICK MARTINEZ

        G:    Ernest Gonzalez
        D:    Billy Stovall

(17)    UNITED STATES OF AMERICA v. JUAN AMADEO TELLEZ

        G:    Ernest Gonzalez
        D:    Phillip Linder

---

4:11 CR 190  (1)    UNITED STATES OF AMERICA v. WYATT CLIFTON SINTAS

        G:    Amanda Griffith
        D:    John Teakell

---

4:11 CR 224  (1)    UNITED STATES OF AMERICA v. MORGAN WILSON

        G:    Amanda Griffith
        D:    Michael Price

---

4:11 CR 228  (1)    UNITED STATES OF AMERICA v. UBER AGUSTIN MALDONADO

        G:    Jay Combs
        D:    John Read

      (2)      UNITED STATES OF AMERICA v. CLAUDIO VELAQUEZ-REYES

            G:     Jay Combs
            D:     Ronald Uselton

      (4)      UNITED STATES OF AMERICA v. JUAN DIOSDADO

            G:     Jay Combs
            D:     Hilda Hahn

      (5)      UNITED STATES OF AMERICA v. NICHOLAS ALVAREZ

            G:     Jay Combs
            D:     Donald Bailey

---

4:11 CR 234  (2)      UNITED STATES OF AMERICA v. JOSE IVAN JIMENEZ

            G:     Shamoil Shipchandler
            D:     Frank Henderson

---

4:11 CR 237  (1)      UNITED STATES OF AMERICA v. DANISH SALEEM

            G:     Amanda Griffith
            D:     Thomas Cox / Dean Boland

---

4:11 CR 247  (4)      UNITED STATES OF AMERICA v. TOMAS FERNANDO BALCORTA-CORDOVA

            G:     Heather Rattan
            D:     Micah Belden

      (5)      UNITED STATES OF AMERICA v. JOSE ROLANDO MORALES, JR

            G:     Heather Rattan
            D:     Camille Knight

      (6)      UNITED STATES OF AMERICA v. AIMEE LYNN AGUILAR

            G:     Heather Rattan
            D:     Donald Hoover

      (9)      UNITED STATES OF AMERICA v. JOAQUIN PERALTA

            G:     Heather Rattan
            D:     Brian O'Shea

---

4:11 CR 248  (1)   UNITED STATES OF AMERICA v. ERNEST MICHAEL DIAZ

        G:    Ernest Gonzalez
        D:    Robert Jarvis

(4)   UNITED STATES OF AMERICA v. JOE DIAZ

        G:    Ernest Gonzalez
        D:    Garland Cardwell

(5)   UNITED STATES OF AMERICA v. RICHARDO JULIO CASTILLO, JR

        G:    Ernest Gonzalez
        D:    Jeffery King

(6)   UNITED STATES OF AMERICA v. MICHAEL ANGEL PADRON

        G:    Ernest Gonzalez
        D:    Jeffrey Ansley

(8)   UNITED STATES OF AMERICA v. RODNEY DSHANE MAYO

        G:    Ernest Gonzalez
        D:    Lee Tatum

(9)   UNITED STATES OF AMERICA v. OSCAR K MONTOYA-CASTILLO

        G:    Ernest Gonzalez
        D:    Bobbie Peterson Cate

(10)   UNITED STATES OF AMERICA v. NANCY ALEIDA GRANADOS

        G:    Ernest Gonzalez
        D:    Kevin Ross

(11)   UNITED STATES OF AMERICA v. STEVEN WILLIAM TAYLOR

        G:    Ernest Gonzalez
        D:    Joey Fritts

(12)   UNITED STATES OF AMERICA v. BRITTANY LEANN VOLLWEILER

        G:    Ernest Gonzalez
        D:    John Hunter Smith

(13)   UNITED STATES OF AMERICA v. LYLE JEFFREY ROWEN

        G:    Ernest Gonzalez
        D:    Barrett Brown

(15) UNITED STATES OF AMERICA v. DYLAN ANDREW DOVE

    G:    Ernest Gonzalez
    D:    Brian O'Shea

(18) UNITED STATES OF AMERICA v. CHRISTOPHER MURPHY SPRING

    G:    Ernest Gonzalez
    D:    Gregory Williams

(19) UNITED STATES OF AMERICA v. NICHOLAS ALEXANDER TAGERT

    G:    Ernest Gonzalez
    D:    Scott Palmer

(21) UNITED STATES OF AMERICA v. HUGO HERNANDEZ

    G:    Ernest Gonzalez
    D:    Micah Belden

(22) UNITED STATES OF AMERICA v. ADRIAN RODRIQUEZ-RIVERA

    G:    Ernest Gonzalez
    D:    Cynthia Barbare

(23) UNITED STATES OF AMERICA v. ELIZABETH ANNE TARLTON

    G:    Ernest Gonzalez
    D:    Derk Wadas

(24) UNITED STATES OF AMERICA v. BENJAMIN TYLER TREDWAY

    G:    Ernest Gonzalez
    D:    Gregg Gibbs

(25) UNITED STATES OF AMERICA v. DAKOTA STEPHEN HARRIS

    G:    Ernest Gonzalez
    D:    Joel Petrazio

(26) UNITED STATES OF AMERICA v. KEVIN JESSIE TEER

    G:    Ernest Gonzalez
    D:    Ronald Uselton

(27) UNITED STATES OF AMERICA v. MICHAEL WAYNE PEREZ, JR

    G:    Ernest Gonzalez
    D:    Michael Lehmann

  (29) UNITED STATES OF AMERICA v. JOSHUA ALEXANDER HONEA

    G: Ernest Gonzalez
    D: Keith Willeford

  (30) UNITED STATES OF AMERICA v. COURTNEY AMANDA SIDES

    G: Ernest Gonzalez
    D: Reginald Smith

  (31) UNITED STATES OF AMERICA v. MARTIN TELLEZ GONZALEZ

    G: Ernest Gonzalez
    D: Gabriel Robles

___

4:12 CR 014 (1) UNITED STATES OF AMERICA v. CAROLYN BOEHM-MCCAULEY

    G: Jay Johnson
    D: Frank Henderson

___

4:12 CR 016 (2) UNITED STATES OF AMERICA v. TREY RAYMOND TIBBS

    G: Ernest Gonzalez
    D: Lee Tatum

___

4:12 CR 026 (2) UNITED STATES OF AMERICA v. JUAN ENRIQUE SANTOS-ELIZONDO

    G: Ernest Gonzalez
    D: Rafael De La Garza

___

4:12 CR 043 (1) UNITED STATES OF AMERICA v. LORENZO DWAYNE CRUMPTON

    G: Christopher Eason
    D: Frank Henderson

___

4:12 CR 072 (1) UNITED STATES OF AMERICA v. MICHAEL EDWARD NEGRETTE

    G: Heather Rattan
    D: James Guinan

  (2) UNITED STATES OF AMERICA v. CORY HAYS SLAPE

    G: Heather Rattan
    D: Robert Arrambide

___

4:12 CR 083   (1)   UNITED STATES OF AMERICA v. MAURICIO NUNEZ-SIERRA

                      G:   Ernest Gonzalez
                      D:   Frank Perez

---

4:12 CR 084   (2)   UNITED STATES OF AMERICA v. LUIS MIGUEL PALACIOS

                      G:   Ernest Gonzalez
                      D:   Lee Hernandez

---

4:12 CR 086   (1)   UNITED STATES OF AMERICA v. MATTHEW LANDGRAF

                      G:   Amanda Griffith
                      D:   Scott Palmer, Brady Wyatt

---

4:12 CR 088   (1)   UNITED STATES OF AMERICA v. STACIA ANN LOVING

                      G:   Christopher Eason
                      D:   Frank Henderson

---

4:12 CR 103   (1)   UNITED STATES OF AMERICA v. MARCO ANTONIO REYES

                      G:   Jay Combs
                      D:   Robert Arrambide

---

4:12 CR 107   (1)   UNITED STATES OF AMERICA v. IVAN LUEVANO SALAS

                      G:   Jennifer Bray
                      D:   Robert Arrambide

---

4:12 CR 109   (1)   UNITED STATES OF AMERICA v. MICHAEL ANTHONY TIJERINA

                      G:   Tracey Batson
                      D:   Robert Arrambide

---

4:12 CR 111   (1)   UNITED STATES OF AMERICA v. SALVADOR BARRERA

                      G:   Ernest Gonzalez
                      D:   Mac Morris

        (2)   UNITED STATES OF AMERICA v. HERMELINDO RAUL AYALA, JR.

                      G:   Ernest Gonzalez
                      D:   Robert Arrambide

4:12 CR 112 (1)     UNITED STATES OF AMERICA v. GAMALIEL RANGEL VILLANUEVA

               G:     Ernest Gonzalez
               D:     Frank Henderson

4:12 CR 113 (1)     UNITED STATES OF AMERICA v. JOE LUIS CAHUE

               G:     Ernest Gonzalez
               D:     Frank Henderson

4:12 CR 114 (1)     UNITED STATES OF AMERICA v. JORGE RUIZ

               G:     Tracey Batson
               D:     Jaime Efrian Cavazos

         (2)     UNITED STATES OF AMERICA v. DANIEL GONSALES

               G:     Tracey Batson
               D:     Micah Belden

         (3)     UNITED STATES OF AMERICA v. ADRIAN ORONA-ENRIQUEZ

               G:     Tracey Batson
               D:     Robert Arrambide

4:12 CR 126 (1)     UNITED STATES OF AMERICA v. JAVIER ESCALERA

               G:     Jay Combs
               D:     Frank Henderson

         (2)     UNITED STATES OF AMERICA v. FABIAN GONZALEZ-LOYA

               G:     Jay Combs
               D:     William Pedersen

         (3)     UNITED STATES OF AMERICA v. STEVEN MARK CHAVEZ

               G:     Jay Combs
               D:     John Hopping

4:12 CR 127 (1)     UNITED STATES OF AMERICA v. IGNACIO CAMPOS-ARRIAGA

               G:     Jennifer Bray
               D:     Robert Arrambide

_____

4:12 CR 130  (1)    UNITED STATES OF AMERICA v. ROBERT WILLIAM BRUCE, II

        G:    Andrew Stover
        D:    Donald Bailey

_____

4:12 CR 132  (1)    UNITED STATES OF AMERICA v. PHILLIP MATTHEW ROMINE

        G:    Tracey Batson
        D:    Robert Arrambide

_____

4:12 CR 146  (1)    UNITED STATES OF AMERICA v. MICHAEL JEROME DAVIS

        G:    Ernest Gonzalez
        D:    Robert Jenkins

        (2)    UNITED STATES OF AMERICA v. ANTHONY GLOVER

        G:    Ernest Gonzalez
        D:    Brian O'Shea

        (3)    UNITED STATES OF AMERICA v. MAURICE LEROY SNEED

        G:    Ernest Gonzalez
        D:    Frank Henderson

_____

4:12 CR 154  (1)    UNITED STATES OF AMERICA v. JOHN MARK WHEELER

        G:    Tracey Batson
        D:    Heath Hyde

_____

4:12 CR 155  (1)    UNITED STATES OF AMERICA v. ANSON CHI

        G:    Andrew Stover
        D:    Brook Busbee

_____

4:12 CR 157  (2)    UNITED STATES OF AMERICA v. GREGORY PRESTON, JR

        G:    Christopher Eason
        D:    Jack Manning

_____

4:12 CR 158   (1)     UNITED STATES OF AMERICA v. CLARENCE DUNNINGTON

          G:     Tracey Batson
          D:     Robert Arrambide

_____

4:12 CR 167   (1)     UNITED STATES OF AMERICA v. KARL K YARBROUGH

          G:     Tracey Batson
          D:     Robert Arrambide

_____

CIVIL TRIAL DOCKET - SHERMAN DIVISION
Judge Richard A Schell, Presiding

---

**Tuesday, September 4, 2012**

---

**1:30 pm**
4:09 cv 455    FUTUREWEI TECHNOLOGIES, INC v. E OLIVER CAPITAL, ET AL

        For Plaintiff:         Jeffrey Cox, Yesenia Cardenas-Colenso
        For Defendants:    Ryan Lurich, Charles Gameros, Jr.

**2:00 pm**
4:10 cv 24     DRIVING FORCE TECHNOLOGIES, INC. v. PANDA DISTRIBUTION, INC., ET AL

        For Plaintiff:         Jack Coke, Jr.
        For Defendants:    Donald Uloth