UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

Interpreter: Alma Adriano

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 9/4/12:**

**Final Pretrial Conference**

| | |
|---|---|
| 9:13 am | The court called 4:11cr3(16) Rolondo Candanosa.  Heather Rattan for the Govt, Don Hoover for the Defendant.  Alma Adriano interpreting.  The Defense requests trial.  Case set for #2 jury selection and trial on 4/8/13 at 9:00 a.m. (4 days). |
| 9:17 am | The court called 4:11cr124.  Ernest Gonzales for the Govt. Alma Adriano interpreting. Robert Arrambide for Sanchez (1).  Requests trial. Hilda Hahn for Sanchez (4). Requests continuance. Jeff King for Zavala (5).  Requests continuance. Jaqueline Burgos-Garritson for Herrera-Sanchez (6). Requests trial. Mark Perez for Gonzalez-Soto (7). Requests trial. Cynthia Nahas for Patino (8).  Requests trial. Steven Hayden for Acosta (10). Requests trial. John Lozano for Acosta (12), not present. Appears late. Case set for change of plea on 9/13/12 10:30 a.m. before Magistrate Judge Bush. Christopher Woodward for Sanchez (14). Requests trial. Billy Stovall for Martinez (15) NOT PRESENT.  The court orders a warrant for Mr. Erick Martinez. (later updated, see 11:06 a.m.) Roger Haynes for Phillip Linder for Tellez (17). Requests trial. Case set for jury selection and trial on 2/5/13 at 9:00 a.m.  (4 days). |
| 9:36 am | The court called 4:11cr190, Wyatt Sintas.  Amanda Griffith for the Govt. |

|  |  |
|---|---|
|  | John Teakell for the Defendant. Case continued for final pretrial conference to 11/5/12 at 9:00 a.m. |
| 9:40 am | The court called 4:11cr228.  Jay Combs for the Govt.<br>Alma Adriano interpreting.<br>John Read for Maldonado (1). Requests continuance.<br>Ron Uselton for Velaquez-Reyes (2). Requests continuance.<br>Hilda Hahn for Disdado(4). Requests continuance.<br>Don Bailey for Alvarez (5). Requests trial.<br>Case set for #2 jury selection and trial on 2/5/13 at 9:00 a.m.  (5 days). |
| 9:46 am to | The court called 4:11cr234(2).  Chris Eason for the Govt.<br>Robert Arrambide for the Defendant.  Case continued for final pretrial conference<br>10/1/12 at 9:00 a.m. |
| 9:53 am | The court called 4:11cr237.  Amanda Griffith for the Govt.<br>Dean Boland for the Defendant.  Case set for #2  jury selection and trial on 4/22/13 at 9:00 a.m. (4 days). |
| 9:55 am | The court called 4:11cr247. Heather Rattan for the Govt.<br>Alma Adriano interpreting.<br>Micah Belden for Balcorta-Cordova (4).  Set for trial.<br>Camille Knight for Morales, Jr. (5). Set for trial.<br>Don Hoover for Aguilar (6). Set for trial.<br>Brian O'Shea for Peralta (9). Set for trial.<br>Case is set for jury selection and trial on 11/1/12 at 9:00 a.m.  (6 days). |
| 10:02 am | The court called 4:12cr26(2).  Ernest Gonzalez for the Govt.<br>Alma Adriano interpreting.<br>Rafael DeLaGarza for Santos-Elizondo. Continue for final pretrial on 10/1/12 at 9:00 a.m. |
| 10:05 am | The court called 4:12r72. Heather Rattan for the Govt.<br>James Guinan for Negrette (1). Requests continuance.<br>Robert Arrambide for Slape (2).  Requests continuance.<br>Case continued for final pretrial conference to 11/5/12 at 9:00 a.m. |
| 10:08 am | The court called 4:12cr81.  Chris Eason for the Govt.<br>Jay Ethington for the Defendant, Zhangazha. Case continued for final pretrial conference to 11/5/12 at 9:00 a.m. |
| 10:11 am | The court called 4:12cr103.  Jay Combs for the Govt.<br>Alma Adriano interpreting. |

|            |                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|---|

                    Robert Arrambide for Defendant, Reyes.  Case set for change of plea on 9/27/12 at 10:30 a.m. before Magistrate Judge Bush.

10:14 am        The court called 4:12cr107.  Jennifer Bray for the Govt.
Robert Arrambide for the Defendant, Salas.  Case continued for final pretrial conference to 10/1/12 at 9:00 a.m.

10:16 am        The court called 4:12cr126.  Jay Combs for the Govt.
Alma Adriano interpreting.
Robert Arrambide for Escalara (1).  Set for change of plea 9/13/12 at 10:30 a.m. Before Magistrate Judge Bush.
William Pedersen for Gonzalez-Loya (2).  Set for #2 jury selection and trial on 4/29/13 at 9:00 a.m. (4 days).

10:22 am        The court called 4:12cr127.  Jennifer Bray for the Govt.
Robert Arrambide for the Defendant, Campos-Arriaga.  Case set for change of plea on 9/27/12 at 10:30 a.m. before Magistrate Judge Bush.

10:25 am        The court called 4:12cr155.  Andrew Stover for the Govt.
Brook Busbee for the Defendant, Chi.  Case continued for final pretrial conference to 1/7/13 at 9:00 a.m.

10:28 am        Court recessed.

11:06 am        Court resumes.  4:11cr124(15).  Mr. Stovall appears with Mr. Martinez.  Attorney is notified that the case is set for jury selection and trial on 2/5/12 at 9:00 a.m.

11:08 am        Court recessed.