IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

## NOTICE OF PLEA AGREEMENT

The government and **Danish Saleem**, defendant, have entered into a written plea agreement in relation to the pending charges.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/
Mandy Griffith
Assistant United States Attorney
Texas Bar No. 24032251
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1213 (fax)
Mandy.Griffith@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on January 29th, 2013.

/s/
Mandy Griffith