Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Sherman DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 8/7/2012

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 14 2013

BY
DEPUTY _____

1. This application is being made for the following: Case # 4:11-cr-00237-RAS-DDB-7
Style/Parties: USA v. Saleem
2. Applicant is representing the following party/ies: Danish Saleem
3. Applicant was admitted to practice in Texas (state) on May 2007 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊘has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊘has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊘has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Northern District of Texas
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Donald Guidry do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 3/14/13          Signature Donald Guidry (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Donald Guidry
Bar Number /State 24057878 Texas
Firm Name: The Guidry Law Firm
Address/P.O. Box: 137 Pittsburg St, Suite A
City/State/Zip: Dallas Texas 75207
Telephone #: 972 762 0883
Fax #: ___
E-mail Address: donguidrylaw@gmail.com
Secondary E-Mail Address: ___

This application has been approved for the court on: 3-14-13

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By Patricia Manning
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For complete instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**

```
Court Name: District Court
Division: 6
Receipt Number: TXE600012902
Cashier ID: uy
Transaction Date: 03/14/2013
Payer Name: DONALD GUIDRY

PRO HOC VICE
 For: DONALD GUIDRY
 Case/Party: D-TXE-4-11-CR-000237-001
 Amount:         $100.00

CREDIT CARD
 Amt Tendered:  $100.00

Total Due:       $100.00
Total Tendered: $100.00
Change Amt:       $0.00


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```