DATE 3/14/13  
LOCATION Plano  
JUDGE Don D. Bush  
DEPUTY CLERK Toya McEwen  
COURT REPORTER: Bryn & Associates - Diana West  
USPO: _____  
INTERPRETER: _____  
BEGIN 12:30pm  

CASE NUMBER 4:11cr237 RAS/DDB  
USA Mandy Griffith _____ Assigned  
VS Mandy Griffith _____ Appeared  
Danish Saleem _____  
DEFENDANT  
Donald Guidry PHV RET  
ATTY  

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS MAR 14 2013 BY DAVID J. MALAND, CLERK DEPUTY

☑ CHANGE OF PLEA  
☐ CHANGE OF PLEA without Plea Agreement

☑ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Hearing held by Interpreter, Interpreter sworn.  
☑ Dft appears: ☑ with counsel Donald  
☑ **Defendant to plead guilty to Count (s)** One (1) of Indictment  
☑ Defendant signs Consent to Administration of Guilty Plea by United States Magistrate Judge.  
☑ Consent Form entered into the record.  
☑ AUSA ☐ Court stated essential elements ☐ Indictment  
☑ Defendant acknowledged understanding the essential elements ☐ AUSA ☑ Court stated range of penalty.  
☑ Court reviews plea agreement with defendant ☑ Court reviews rights RE: plea of guilty, jury trial and to appeal.  
☑ Defendant is not a citizen of the United States ☐ Defendant is not a legal permanent resident.  
☑ Plea Agreement entered into the record UNDER SEAL.  
☑ Court reviews ☑ factual statement ☐ statement of facts ☐ factual resume with defendant.  
☑ Factual Statement ☐ Statement of Facts ☐ Factual Resume entered into the record.  
☑ Forfeiture provision explained to Dft. ☑ Dft acknowledged understanding forfeiture provision.  
☑ **Defendant pleads guilty to Count** One of the Indictment  
☑ Court will recommend district court accept plea of guilty  
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.  
☑ Defendant remanded to custody of U.S. Marshal.  
☐ Defendant to remain on Conditions of Release  
☐ _____

☑ Court recessed. 12:44 pm

12:44 pm Adjourn