IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

## MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case.  In support of its motion, the government states as follows:

1. The United States of America obtained an Indictment against defendant **Danish Saleem** charging a violation of 18 U.S.C. § 2252(a)(4)(b) and (b)(2).

2. The Indictment included a Notice of Intention to Seek Criminal Forfeiture pursuant to 18 U.S.C. § 2253 that provided notice that the government intended to seek forfeiture of the defendant's interest in the following:

    1. Sony VAIO laptop computer (Serial # 275148453002135);

    2. Toshiba hard drive (Serial # Y9EHC2VBT); and

    3. Seagate external hard drive (Serial # 9QF4Q6MX).

3. **Danish Saleem** entered a plea of guilty to Count One of the Indictment, which charges a violation of 18 U.S.C. § 2252(a)(4)(b) and (b)(2), Possession of Child Pornography.

4. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide notice to **Danish Saleem** and any third parties asserting a legal interest in any of the above-described property to be forfeited.  The government will also publish

notice for 30 consecutive days at www.forfeiture.gov of the Court's Order and the government's intent to dispose of the property to be forfeited in such a manner as the Attorney General may direct.

## Conclusion

The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government the defendant's interest in the aforementioned property.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
MANDY GRIFFITH
Assistant United States Attorney
Texas Bar No. 24032251
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Mandy.Griffith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 3, 2013.

___/s/_____
MANDY GRIFFITH