IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

**PRELIMINARY ORDER OF FORFEITURE**

The defendant entered a guilty plea to Count One of the Indictment filed on December 15, 2011.  Pursuant to 18 U.S.C. § 2253(a), the government requests that defendant's right, title, and interest to the Sony Laptop Computer, Toshiba hard drive, and Seagate external hard drive be forfeited to the United States.

By virtue of the plea, the United States is now entitled to possession of the above-referenced property pursuant to 18 U.S.C. § 2253(a) and Fed. R. Crim. P. 32(b)(2).

Accordingly, the Court orders that:

1.Based upon the plea of the defendant and the findings entered by this Court, the United States is hereby authorized to seize the aforementioned property.  The property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims unless the defendant files a claim.  If the defendant files a claim, an ancillary hearing will be scheduled with respect to the property.

2.The forfeited property is to be held by the United States Secret Service and its agents and vendors in their custody and control.

3.	Pursuant to 21 U.S.C. § 853, the United States shall publish for 30 consecutive days at www.forfeiture.gov notice of this Preliminary Order of Forfeiture, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-mentioned forfeited property must file a petition with the court within 30 days of the final date of publication of notice or of receipt of actual notice, whichever is earlier.

a.	This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

b.	The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

**Preliminary Order of Forfeiture – Page 2**