IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Schell |
| DANISH SALEEM | § | |

## DECLARATION OF PUBLICATION

Pursuant to the Court's Preliminary Order of Forfeiture entered on April 4, 2013, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 10, 2013, and ending on June 8, 2013, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of forfeiture in a criminal case.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
MANDY GRIFFITH
Assistant United States Attorney
Texas Bar No. 24032251
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Mandy.Griffith@usdoj.gov

**Declaration of Publication – Page 1**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on June 25, 2013.

              ___/s/_____
              MANDY GRIFFITH