# IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

## TRANSFER ORDER

The following cases with Defendants, all of whom have entered pleas of guilty, are hereby transferred to the docket of the Honorable Thad Heartfield, with his agreement, for sentencing and entry of judgment:

1. *United States v. Morgan Wilson,* 4:11cr224;

2. *United States v. Danish Saleem,* 4:11cr237;

3. *United States v. Robert Waymond Wadeking*; 4:12cr25;

4. *United States v. Gregory Dean Newsom*, 4:12cr56;

5. *United States v. Matthew Landgraf*; 4:12cr86;

6. *United States v. Marco Antonio Reyes*, 4:12cr103;

7. *United States v. Ronnie Gerhart,* 4:12cr104;

8. *United States v. Michael Anthony Tijerina,* 4:12cr109;

9. *United States v. Salvador Barrera,* 4:12cr111 (1);

10. *United States v. Hermelindo Raul Ayala, Jr.,* 4:12cr111(2);

11. *United States v. Michael Bonner,* 4:12cr122;

12. *United States v. John Mark Wheeler,* 4:12cr154;

13. *United States v. Lynetta Mae Washington,* 4:12cr175;

14. *United States v. Alberto Medrano-Martinezk,* 4:12cr226;

15. *United States v. Anthony Cambra, Jr.,* 4:12cr228;

16. *United States v. Steven Lentz,* 4:12cr266;

17. *United States v. Floyd Jeff Simmons,* 4:12cr269;

18. *United States v. Salvador Negrete-Morales,* 4:13cr2;

19. *United States v. Moses Mukuka,* 4:13cr11 and 4:13cr75;

20. *United States v. Jose Luis Marmolego-Palacios,* 4:13cr23;

IT IS SO ORDERED.

**SIGNED this the 11th day of October, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE