IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Heartfield |
| DANISH SALEEM | § | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The government respectfully requests a Final Order of Forfeiture in this case. In support thereof, the government states as follows:

1.  This Court entered a Preliminary Order of Forfeiture on April 4, 2013, forfeiting to the United States the defendant's interest in the following pursuant to 18 U.S.C. § 2253(a):

    a.  Sony VAIO laptop computer (Serial # 275148453002135);

    b.  Toshiba hard drive (Serial # Y9EHC2VBT); and

    c.  Seagate external hard drive (Serial # 9QF4Q6MX).

2.  The government published notification of the Court's Preliminary Order of Forfeiture at www.forfeiture.gov for thirty consecutive days advising all third parties of their right to petition the court within thirty days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

3.  No parties have filed any claims with respect to this property.

The government respectfully requests a Final Order of Forfeiture declaring the above forfeited as to the defendant and vesting right, title and interest in the property to

**Motion for Final Order of Forfeiture – Page 1**

the United States, and directing the U.S. Secret Service to dispose of the property according to law.

                                          Respectfully submitted,

                                          JOHN M. BALES
                                          United States Attorney

                                          ___/s/_____
                                          MANDY GRIFFITH
                                          Assistant United States Attorney
                                          Texas Bar No. 24032251
                                          101 E. Park Blvd., Suite 500
                                          Plano, Texas 75074
                                          (972) 509-1201
                                          (972) 509-1209 (fax)
                                          Mandy.Griffith@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on November 13, 2013.

                                          ___/s/_____
                                          MANDY GRIFFITH