IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR237 |
| | § | Judge Heartfield |
| DANISH SALEEM | § | |

# FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture pursuant to this defendant on April 4, 2013, pursuant to the provision of 18 U.S.C. 2253(a);

The government published at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property, of this defendant is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to the defendant who is the subject of this Order, is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 2253(a):

    a. Sony VAIO laptop computer (Serial # 275148453002135);

    b. Toshiba hard drive (Serial # Y9EHC2VBT); and

**Final Order of Forfeiture – Page 1**

    c.  Seagate external hard drive (Serial # 9QF4Q6MX).

4.  No claims have been filed by any party with respect to the forfeiture.

5.  That any and all funds derived from the sale of property noted above shall be deposited forthwith by the U.S. Secret Service in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

**Final Order of Forfeiture – Page 2**