| | | | | |
|---|---|---|---|---|
| DATE | November 13, 2013 | | CASE NUMBER | 4:11cr237 |
| LOCATION | SHERMAN DIVISION | | USA | Amanda Griffith   Assigned |
| JUDGE | THAD HEARTFIELD | | VS | Tracey Batson    Appeared |
| DEPUTY CLERK | Jill Veazey | | | |
| RPTR/ECRO | Lori Barnett | | | DANISH SALEEM |
| TAPE # | | | | Defendant |
| USPO | Christin Cormier | | | Dean Boland, Thomas Cox, III, Donald Guidry |
| INTERPRETER | | | | Attorney |
| BEGIN | 9:03 | | | |

## SENTENCING by video

✔ Sentencing held              ✔ Waiver - consent to proceed by video signed
✔ Court adopts presentence report     ✔ Court Accepts Plea Agreement
☐ Court adopts presentence report w/exception of: _____
☐ Court departs from guidelines   ☐ on motion of the govt   ☐ other: _____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 36 Months | Waived | | | 5 Years | | | $100.00 |
| Of | | | | | | | | |
| Ind | | | | | | | | |

**SPECIAL CONDITIONS:**

✔ Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

✔ Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

✔ Dft shall not possess a **firearm** or other destructive device.

✔ Dft shall cooperate in the collection of **DNA** as directed by the probation officer.

✔ Dft shall provide the probation officer with access to any requested **financial information**.

☐ Dft shall participate in a program of **testing and treatment for drug/alcohol abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐ Dft shall participate in a program of **mental health treatment**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐ Dft placed on **home detention** for a period of ____ months, to commence immediately. During this time dft shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.

☐ Dft shall reside in a **community corrections center** for a period of ____ months to commence on _____, and shall observe the rules and regulations of that facility.

✔ Dft remanded to the USM.    ☐ Denial of **ALL** Federal benefits for a period of ____ years

☐ Dft ordered to surrender _____ to   ☐ USM  ☐ designated institution.

☐ Bond continued  ☐ previous bond in this case $ _____ type _____  ☐ other case No. _____

☐ Counts _____ dismissed on govt's motion.  ☐ kdismcntoth. _____

☐ Dft failed to appear   ☐ Koralo.. Order for arrest warrant  ☐ bond forfeited.

✔ **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

☐ Presentence Report Sealed.  ☐ P.S.I. (Sentencing Portion Only) Sealed.

Total In-Court Time: **21 MIN**

**CRIM 92-118**            ☐ See reverse/attached for additional proceedings    9:24   Adjourn