IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 13 2013
DAVID J. MALAND, CLERK
BY
DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs | § | No. 4:11cr237(01) |
| | § | |
| DANISH SALEEM | § | |

**WAIVER OF RIGHTS AND CONSENT TO PROCEED
BY VIDEO CONFERENCE**

I, Danish Saleem, the above named defendant, who is charged in an indictment with violation of 18 USC Section 2252(a)(4)(B) and (b)(2), Possession of Child Pornography, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to FED. R. CRIM. P. 43 and 11 and consent to proceed by video conference in the sentencing hearing.

Executed this the 13th day of November, 2013.

_____
Defendant

_____
Attorney for Defendant

_____
Thad Heartfield
United States District Judge